CHERYL L. KIMBARK
MARK    KIMBARK
Todd H. Prevett, Judge
TODD H. PREVETT
Michael L. Alfano, Judge
MICHAEL L. ALFANO
Kerry P. Steckowych, Judge
KERRY. P. STECKOWYCH

Rule 4(c)(3) - U.S. Marshals Service Requested to Serve Summons. 28 569(B)