FILED - USDC -NH
2023 OCT 16 PM3:53

# **POINTS AND AUTHORITY**

**Bell v. City of Milwaukee, 746 F.2d 1205, 1255 (7th Cir. 1984);** United States v. Andolschek, 142 F.2d 503, 507 (2d Cir. 1944) (L. Hand, J.). Beyond this, attempts at definition will not help. JONES v. CITY OF CHICAGO•856 F.2d 985, 992 (7th Cir. 1988). To be liable as a conspirator you must be a voluntary participant in a common venture, although you need not have agreed on the details of the conspiratorial scheme or even know who the other conspirators are. It is enough if you understand the general objectives of the scheme, accept them, and agree, either explicitly or implicitly, to do your part to further them. See, e.g., id. at 383-85; **Bell v. City of Milwaukee, 746 F 2d 1205; US Ct App 7th Cir WI, (1984).** The Due Process Clause of the Fourteenth Amendment requires that severance in the parent-child relationship caused by the state occur only with rigorous protections for individual liberty interests at stake.

   Comment: By the Stare Decisis Decision cited above all named defendant(s) and agents unbeknownst to plaintiff are liable (NH Rev Stat § 626:8) and culpable (NH Rev Stat § 626:2) as conspirators in depriving (Title 18 U.S. Code § 241 and Title 18 U.S. Code § 242) me of my child and of the government restrictions of the U.S. Constitution and the New Hampshire State Constitution and Federal laws and State laws cited within my Claim for Damage(s). Also cited in and is precedent to this matter **Pacific Mutual Life Insurance Company, Petitioner, v. Cleopatra Haslip et al. 499 U.S. 1 (111 S.Ct. 1032, 113 L.Ed.2d 1),** This court awarded 4 times compensatory damages and 200 times punitive as not being excessive. Multiple cases cited herein to answer questions of excessive damage. Also see Green Oil Co. v. Hornsby, 539 So.2d 218 (Ala.). Therefore, excessive fines are not applicable to this matter in the defendant's private capacity for punitive damages and Plaintiff has the right to pursue 200 times in punitive damages and 4 times compensatory damages. Also see **Franz v. U.S., 707 F 2d 582, 595^Q599; US Ct App (1983).** Also see and is precedent to this matter **Estate of Macias v. Lopez, 42 F.Supp.2d 957 (N.D.Cal. 1999).**

**Black vs. Clark's Greensboro, Inc., 263 N.C. 226, 139 S.E.2d 199, 201 (1964).** Any exercise of force, or expressed or implied threat of force, by which in fact the other person is deprived of his liberty, compelled to remain where he does not wish to remain, or go where he does not wish to go, is an imprisonment.

   Comment: By the Stare Decisis Decision cited above all named defendant(s) and agents unbeknownst to plaintiff are liable as conspirators in the criminal restraint and false imprisonment (visitation) every weekend since the hearing held on March 22, 2023 to current date, to also include but not limited to Officer of the Court Attorney Jennifer L. DiTrapano and the firm she is employed by. Also cited with Stare Decisis Decision **Garnier vs. Squires, 62 Kan. 321, 62 Pac. 1005, 1006, 1007 (1900); Kroeger vs. Passmore, 36 Mont. 504, 93 Pac. 805, 807 (1908).** Also see and is precedent to this matter **Fox v. McCumin, 205 Iowa 752, 21 8 N.W. 499, 501 (1928); Sergeant v. Watson Bros. Tramp. Co., 244 Iowa 185, 52 N.W.2d 86,93 (1952).**
**Brookfield Construction Co. v. Stewart A.K.A. Brookfield Construction Co., Inc., and Baylor Construction Corp., Appellants, v. J. George STEWART, Individually and as Architect of the Capitol, Appellee. 339 F.2d 753, 119 U.S. App. D.C. 254.** Once a Government Official exceeds his Oath of Office, his employment contract or his jurisdiction, he no longer represents the government. Courts may not step in and either stay or compel executive action unless executive official was acting in excess of his statutory authority or transgressed a constitutional limitation, and mere fact that he might be acting erroneously or perhaps even tortuously does not vest courts with jurisdiction to act.

      Comment: By the judges denying me an evidentiary hearing multiple times and denying me due process of law and equal protection under the law and denying to prove their jurisdiction, they have exceeded their Oath of Office and their employment contract and no longer represent the U.S. Government. Also see and is precedent to this matter **Pierson v. Ray, 386 U.S. 547 at 567 (1967).**

**Burlington v. Josephson, 153 Fed.2d 372,276 (1946).** Arrest is presumed to be false; officer has the burden of proof. The only thing the plaintiff needs to plead and to prove is either (1) that the defendant made an arrest or imprisonment, or (2) that the defendant affirmatively instigated, encouraged, incited, or caused the arrest or imprisonment.
      Comment: Ms. Kimbark, through and by her Attorney Jennifer L. DiTrapano, has made slanderous and libelous and deformational claims against me, to which then the judges depriving me of the 5th and 14th constitutional government restrictions and depriving me of multiple government restriction of the State of New Hampshire Constitution, placed orders upon me, incited by such claims without proof. The judges in their beliefs encouraged by Attorney Jennifer L. DiTrapano, criminally restrained and imprisoned me to two hour visitations twice a week at the family household of my accusers.

**Burns v. Reed, 500 U.S. 478, 486, 111 S. Ct. 1934, 114 L.Ed.2d 547 (1991):** The law requires that the official seeking immunity to bear the burden of demonstrating that immunity attaches to the particular function. County or city employees could not bear the burden of demonstrating that sabotage, terrorism, extortion, theft under color of law, discrimination, racketeering, violation of due process, and takings without compensation attaches to their particular function of upholding the Constitution and protecting the property and rights of tax-paying citizens and property owners; therefore, the County would not be immune, either for the conduct of criminals posing as city or county employees.      Comment: As the conduct of the judges in my Claim for Damage(s) exceeds the burden of proof, Rockingham County is also liable and culpable for their employees under the Rico Act and Title 15 § 1. Also see and is precedent to this matter <u>**U.S. v. Frega, 179 F.3d 793 (9th Cir. 1999) at 793.**</u> Also cited within **LaLonde v. County of Riverside, 204 F.3d 947 (9th Cir. 2000),** I have previously entered a RICO Act claim (multiple times) in the 10th Circuit - Family District - Court, brought such RICO Act claim to Dianne Martin and certified mail such to Attorney General John Formella and each time was rejected by the court and was not afforded a chance to replead as Stare Decisis Decision cited in **Platsky v. C.I.A. United States Court of Appeals, Second Circuit Nov 24, 1991, 1953 F.2d 26 (2d Cir. 1991).**

**Cooper v. Armstrong, 358 US 1, 78 S. Ct. 1401 (1958).** "No state legislator or executive or judicial officer can war against the Constitution without violating his undertaking to support it.".
      Comment: By the judges violations to the U.S. Constitution and the State of New Hampshire Constitution, they are in violation of war against both constitutions and violating their undertaking (Oath) to support it and that is treason and terrorism, and is precedent to this matter **Burns v. Reed, 500 U.S. 478, 486, 111 S. Ct. 1934, 114 L.Ed.2d 547 (1991) and US v. Will 449 US 200, 216 (1980).**

**In the Interest of Cooper, 621 P 2d 437; 5 Kansas App Div 2d 584, (1980).** Parent's interest in custody of their children is a liberty interest which has received considerable constitutional protection; a parent who is deprived of custody of his or her child, even though temporarily, suffers thereby grievous loss and such loss deserves extensive due process protection.)

 Comment: The interest in the custody of my child is a liberty interest which should have received considerable constitution protections. I have been deprived of the custody of my child since the 22nd of November, 2022 to current date (not temporarily) and have suffered grievous loss with no due process of law. Therefore I am to be awarded retroactive custodial time to start immediately and without the further arbitrary exercise of government exercise of powers. To also include all other relief to be honored immediately and without haste and to close this matter with prejudice. Also see and is precedent to this matter **Griswold v. Connecticut, 381 US 479, (1965).**

**Doe v. Irwin, 441 F Supp 1247; U.S. D.C. of Michigan, (1985).** The rights of parents to the care, custody and nurture of their children is of such character that it cannot be denied without violating those fundamental principles of liberty and justice which lie at the base of all our civil and political institutions, and such right is a fundamental right protected by this amendment (First) and Amendments 5 and 9 and 14. The several states have no greater power to restrain individual freedoms protected by the First Amendment than does the Congress of the United States. Wallace v. Jaffree, 105 S Ct 2479; 472 US 38, (1985).

 Comment: By the Stare Decisis Decision cited above, all named defendant(s) and agents unbeknownst to plaintiff have deprived me of the rights to the care and custody and nurture of my child and in doing such have violated the Constitutional government restrictions of the 1st and 5th and 9th and 14th Amendments to the U.S. Constitution, to also include but not limited to Articles of the State of New Hampshire Constitution 2 and 2-b and 7 and 12.

**Haines –vs.- Kerner, 404 U.S. 519** (Reversed & Remanded), allegations such as those asserted by petitioner, however inartfully decreed, are sufficient… which we hold to less stringent standards than formal pleadings drafted by lawyers. and Woods –vs- Carey, 525 F3d 886, 889-890 (Reversed & Remanded), and claims Pro Per, in his own person, a rule in pleading that pleas to the jurisdiction of the Court must be pleaded in propria persona, see Kay –vs.- Ehrler, 499 U.S. 432. "…The requirement of standing, however, has a core component derived directly from the Constitution. A plaintiff must allege personal injury fairly traceable to defendant's allegedly unlawful conduct and likely to be redressed by the requested relief." Allen v. Wright, 468 U.S. 737 (1984).

 Comment: By the cited Stare Decisis Decision cited herein this document, I have exceeded the burden of proof to the allegations I have asserted and the injuries I have sustained by such. Therefore my claim for damages shall be honored to the fullest extent of the law. Also see and is precedent to this matter **Giozza v. Tiernan, 148 U.S. 657, 662 (1893)**, I (the Individual) shall not be further subject to an arbitrary exercise of the powers of government."

**In re: J.S. and C., 324 A 2d 90; supra 129 NJ Super, at 489.** A parent's right to care and companionship of his or her children are so fundamental, as to be guaranteed protection under the First, Ninth, and Fourteenth Amendments of the United States Constitution.

Comment: By the deprivation of the care and companionship of my child since separation, on the 12th of November, 2022 to current date, this Stare Decisis Decision proves the violations of the government restrictions of the First and Ninth and Fourteenth Amendments of the United States Constitution.

**Warnock v. Pecos County, Texas, 88 F3d 341 (5th Cir. 1996)** Eleventh Amendment does not protect state officials from claims for prospective relief when it is alleged that state officials acted in violation of federal law.

Comment: I have exceeded the burden of proof of mere allegations that the government agents (state officials) acted in violation of federal law and constitutional government restrictions, therefore they do not have any protections under the Eleventh Amendment and all damages shall be honored. Also see and is precedent to this matter **Pulliam v. Allen, 466 U.S. 522 (1984); 104 S. Ct. 1781, 1980, 1981, and 1985.**

# LEGAL AND LAWFUL
# JUDICIAL AND CLERICAL NOTICE

1. In accordance with PLATSKY v. C.I.A. United States Court of Appeals, Second Circuit Nov 24, 1991, 1953 F.2d 26 (2d Cir. 1991). Reversing district court for dismissing pro se complaint for lack of standing without explaining formalities of pleading and affording pro se plaintiff an opportunity to replead.
2. Therefore the judge cannot merely dismiss my paperwork; he must instruct me as to the deficiencies so I may correct them.
3. The Uniform Commercial Code 3-402 is void. As mentioned in Point 1 the state constitution and the constitution for the United States authorizes that all government agents be removed from office for crimes against the people. Those constitutions are in conflict with the law and therefore the law is void because of the Supremacy Clause which states: This Constitution, and the Laws of the United States which shall be made in Pursuance thereof; and all Treaties made, or which shall be made, under the Authority of the United States, shall be the supreme Law of the Land; and the Judges in every State shall be bound thereby, any thing in the Constitution or Laws of any State to the Contrary notwithstanding. Judges and clerks are not protected by the illegal "magic signature" of U.C.C. 3-402.
4. The term *Parens patriae* is Latin for "parent of the country or homeland." Under parens patriae, a state or court has a paternal and protective role over its citizens or others subject to its jurisdiction. I again challenge that the Parens Patriae Doctrine is not valid, not legal and not lawful, and that the court cannot prove all 3 (valid, legal and lawful) in a written statement, subscribed and sworn or affirmed and attested under their full commercial liability and under penalty of perjury.

5. According to Canon Law, 32.28, A Court does not operate according to any true rule of law, but by presumptions of the law. I hereby challenge the presumptions of the BAR guild, so they do not and will not furthermore, stand as truth in commerce for all government agents involved in this matter and which may be involved in future interactions with me or my person.
6. Public Record. Because I am not a private Guild member, I hereby decree that this is a matter to be placed on the public record now and remain on the public record forevermore. Any and all government officers, agents, judges, magistrates, referees, justices of the peace, and any such title, are hereby bound to only obey their oath in accordance with Title 5 Section 3331 and either recuse themselves or denounce their secret oath or oaths to any organization(s) which were made previous to their public oath.
7. This matter is not to be held (convened) under the private BAR guild rules, but rather in a court of Trust Law, Common Law and Maritime Law under the rules of the United States Code (U.S.C. or A.K.A. Title) specifically, but not limited to Title 5, Title 7, Title 8, Title 9, Title 12, Title 15, Title 18, Title 31 and Title 42. Also under the rules of the Canons of Law, also under the rules of Maxims of Law (as listed in The Lawful Path.com website) and finally under the state or federal rules of Civil Rules of Civil Procedure, whichever of the 2 choices (state or federal) is appropriate. You and each of you are hereby bound to your public oath to serve the public.
8. Regarding Public Record. I have recorded my paperwork with the county recorder and a notary public. Any matter brought before a lower court is a matter for the public record, despite the fact it is presumed by the members of the BAR guild that the matter is a private BAR guild business matter and I hereby openly rebuke and reject secrecy as well as holding of a closed meeting (for BAR guild members only) by stating clearly that this controversy is on and is to remain on the public record.
9. For our purposes here, all members of the private BAR guild who have sworn a solemn and secret absolute oath to the guild, then act as public agents of the government or public officials by making additional oaths of public office that openly and deliberately contradict their private superior oath to the guild and unless openly rebuked and rejected the claim stands that these private BAR guild members are legitimate public servants and therefore trustees under the public oath. I do here an now administer that all agents involved in this matter who wish to maintain their secret absolute oath may do so, however, if they chose to do so they must recuse themselves from this controversy and replace their office with an officer who is willing to rebuke his secret absolute oath and proceed only as a public officer/ public agent with his only allegiance to remain as a public official (officer or agent). By remaining involved in this controversy, such will be deemed prima facie evidence that all agents, officers, officials and all such titles proceeding in this controversy have agreed to these terms and will act and operate only in their capacity as a public agent, officer, official for the remainder of these proceedings and face potential criminal and civil liabilities for violating the public trust (faith). To be clear judicial (judges, magistrates, etc.) and/ or clerical immunity (clerks at every level and subdivision) is hereby void.
10. Public Oath. Is that all members of the private BAR guild acting in the capacity of public officials who have sworn a solemn public oath remain bound by that oath and therefore are hereby bound to serve honestly,

   impartially and fairly as dictated by their oath. If any officer of the government has a conflict of interest due to a private oath, they must here and now recuse themselves from this controversy as I hereby decree you cannot stand under the public oath and the secret superior oath.
11. Key members of the private BAR guild in the capacity of public officials acting as judges, prosecutors and magistrates and any such titles, who have sworn a solemn public oath in good faith are hereby not immune from personal claims of injury and liability for reasons covered in Point 3 of this instrument (document).
12. By custom, a summons unrebutted stands and therefore, one who attends court is presumed to accept the position and jurisdiction of the court. Attendance to court is by invitation by summons. Unless the summons is rejected and returned with a copy of the rejection filed prior to choosing to visit or attend, jurisdiction and the position as the accused and the existence of guilt stands. I hereby rebut this presumption of guilt by appearance and to show cause by special appearance, not general appearance.
13. By custom a summons or warrant for arrest unrebutted stands and therefore, one who attends court is presumed to be a thing and therefore liable to be detained in custody by the custodians. This includes the dead legal fiction non-human person that corporate governments' rules and regulations are written for. Custodians may only lawfully hold custody or property and things and not flesh and blood, soul possessing beings. I hereby openly challenge by rejection of summons and/ or at the court, the presumption stands that you are a thing and property, and therefore lawfully able to be kept in custody by the custodians. Because I am a living homo novus (also known as the new homo sapiens) and an eternal being, I rebut and reject the idea my person may be held as surety for the bond and/ or for any monies owed. Furthermore, unless the government can produce a bonafide warrant supported by oath or affirmation I demand all charges be dismissed against my person and me immediately and correct the public record so my person and me will not be falsely detained in any future interactions with agents of the government.
14. The presumption is that you may be listed as a resident, therefore a ward of a local government area and possibly have listed on your passport the letter "p" as you are a pauper and therefore under the under the guardian powers of the government and its' agents as the court of guardians. I hereby openly challenge this presumption because I am both a general guardian and an executor of the trust held before the court. The court has failed to prove I am by default a pauper and/ or a lunatic and therefore I may chose to disregard the rules of the clerk of guardians or the clerk of magistrates' court and all my paperwork must be accepted into the court record without fines or fees to me or my person in accordance with New York ex rel. Bank of Commerce v. Commissioner of Taxes for City and County of New York, 2 Black 620 (1863) Please take mandatory notice (Federal Rules of Evidence201(d)) that the Plaintiff has a lawful right to proceed without cost, based upon the following law: The Supreme Court has ruled that a natural individual entitled to relief is entitled to free access to its judicial tribunals and public offices in every State in the Union (2 Black 620, see also Crandall v. Nevada, 6 Wall 35). Plaintiff should not be charged fees, or costs for the lawful and constitutional right to petition this court in this matter in which he is entitled

to relief, as it appears that the filing fee rule was originally implemented for fictions and subjects of the State and should not be applied to the Plaintiff who is a natural individual and entitled to relief (Hale v. Henkel 201 U.S. 43).
15. Members of the private BAR guild presume I accept the office of trustee as a public servant and government employee just by attending a court as such, courts are always for public trustees, by the rules of the guild and the Roman system, unless this presumption is openly challenged the say you are merely visiting. I am here by special divine appearance, to clear up the matter and I am not a government employee or public trustee in this instance.
16. The judge and/ or clerk of the court is not the executor in this matter and the prosecutor is not the beneficiary. For this matter at hand the private BAR guild appoint the judge/ clerk of the court as the magistrate in the capacity of executor while the prosecutor acts in the capacity of beneficiary of the trust for the current matter. I am the only authorized representative of the trust in the role of beneficiary and administrator, guardian and/ or general executor in the matter of trust before the court. For our purposes here I suggest you refer to the U.S. Supreme Court case Luther versus Borden cited at 48 US 1 12 Led 581 (1849) in which it was decided in pertinent part: "governments are but trustees acting under derived authority and have no power to delegate what is not delegated to them. But the people as the original fountain might take away what they have delegated and entrust to whom they please. Since this matter concerns my trust I hereby reject any claim that any agency or agents of government have any authority over the trust involved in this matter. The trust is in my name so unless here and now the judge, clerk or prosecutor can produce such documentation that I signed away my rights to the trust, knowingly and willingly, after having been explained the depth and possible repercussions of such wavier, the corporate agents have no CLAIM on the trust and therefore no CLAIM over me or my person.
17. Executor De San Tort (defined as: A person who without legal authority assumes control of a decedent's property as if he were executor.). I choose to assert my rights as executor and beneficiary of the trust as well as my body, mind and eternal soul so it is clear to all who witness this action that I am clearly not an Executor De San Tort. With the aforementioned being accepted as truth in law I respectfully ask the judge if he intends to commit fraud and act as the Executor De San Tort? On the condition he agrees not to commit such fraud, I accept his oath and indemnify him for any actions I demand he obey.
18. Furthermore, I challenge the CLAIMS of psychiatry and psychology as being anything other than a pseudo science, false and without proof of its' claims. For a judge to ORDER a psychiatric evaluation, would be him practicing psychiatry or psychology without a license (not even a degree).
19. As it is presumed to be a private business meeting of the BAR guild you are guilty weather you plead guilty or not plead or plead not guilty. Therefore, unless you either have previously prepared an Affidavit of Truth and MOTION TO DISMISS with extreme prejudice onto the public record or call a DEMURRER, then the presumption is you are guilty and the private BAR guild can hold you until a bond is prepared to guarantee the amount the guild wants to profit from you.
20. I hereby CLAIM my status as a Natural Man, Un Persona Propria Sui Juris, and my minor account. Who has the following rights protected and

      guaranteed by Treaties and Constitutions, International Laws and my self-determinism.
21. Furthermore Matthew saith not.
22. VOID WHERE PROHIBITED BY LAW.
23. Thus concludes my Testimony.
24. Thus concludes my LEGAL AND LAWFUL JUDICIAL AND CLERICAL NOTICE.

## DEFINITIONS:

1) "Action", in the sense of a judicial proceeding, includes recoupment, counterclaim, set-off, suit in equity, and any other proceeding in which rights are determined.
2) "Aggrieved party" means a party entitled to pursue a remedy.
3) "Agreement", as distinguished from "contract", means the bargain of the parties in fact, as found in their language or inferred from other circumstances, including course of performance, course of dealing, or usage of trade as provided in Section 1-303.
4) Audio Recording means any and or all audio recordings which may include but may not include video.
5) "Bank" means a person engaged in the business of banking and includes a savings bank, savings and loan association, credit union, and trust company.
6) "Bearer" means a person in possession of a negotiable instrument, document of title, or certificated security that is payable to bearer or indorsed in blank.
7) Belligerent means in international law as an adjective, it means to engage in a lawful war. As a noun, it designates either of two nations which are actually in a state of war with each other, as well as their allies actively co-operating, as distinguished from a nation which takes no part in the war and maintains a strict indifference as between the contending parties, called a "neutral".
8) "Bill of lading" means a document evidencing the receipt of goods for shipment issued by a person engaged in the business of transporting or forwarding goods.
9) "Branch" includes a separately incorporated foreign branch of a bank.
10) "Burden of establishing" a fact means the burden of persuading the trier of fact that the existence of the fact is more probable than its nonexistence.
11) "BCSS" means BUREAU of CHILD SUPPORT SERVICES.
12) Color means an appearance, semblance, or simulacrum, as distinguished from that which is real.
13) Color of Law means The appearance or semblance, without the substance, of legal right.
14) Conspiracy means 'in criminal law' a combination or confederacy between 2 or more persons formed for the purpose of committing, by their joint efforts, some unlawful or criminal act. Constitution means Constitution for the United States of America. A.K.A. Federal Constitution.
15) Constitutional Right means any of the privileges or immunities protecting corporations under the State and/ or Federal Constitution.

16) "Consumer" means an individual who enters into a transaction primarily for personal, family, or household purposes.

17) "Contract", as distinguished from "agreement", means the total legal obligation that results from the parties' agreement as determined by the Uniform Commercial Code as supplemented by any other applicable laws.

18) NHRCP means NEW HAMPSHIRE Rules of Civil Procedure.

19) "Creditor" includes a general creditor, a secured creditor, a lien creditor, and any representative of creditors, including an assignee for the benefit of creditors, a trustee in bankruptcy, a receiver in equity, and an executor or administrator of an insolvent debtors or assignor's estate.

20) Damages means money that a defendant pays a plaintiff in a civil case if the plaintiff has won. Damages may be compensatory (for loss or injury) or punitive (to punish and deter future misconduct). Damages also means A pecuniary compensation or indemnity. which may be recovered in the courts by any person who has suffers a loss, detriment, or injury, whether to his person, property or rights, through the unlawful act or omission or negligence of another.

21) De facto means (Latin) meaning "in fact" or "actually." Something that exists in fact but not as a matter of law.

22) Defalcation means misappropriation of money or funds held by an official, trustee, or other fiduciary. The sum misappropriated.

23) "Delivery", with respect to an instrument, document of title, or chattel paper, means voluntary transfer of possession.

24) "DHHS" means DEPARTMENT of HEALTH and HUMAN SERVICES

25) De jure means (Latin) meaning "in law." Something that exists by operation of law.

26) Due process means; in criminal law, the constitutional guarantee that a defendant will receive a fair and impartial trial. In civil law, the legal rights of someone who confronts an adverse action threatening liberty or property.

27) Evidence means information presented in testimony or in documents that is used to persuade the fact finder (judge or jury) to decide the case in favor of one side or the other.

28) Equitable means pertaining to civil suits in "equity" rather than in "law." In English legal history, the courts of "law" could order the payment of damages and could afford no other remedy (see damages). A separate court of "equity" could order someone to do something or to cease to do something (e.g., injunction). In American jurisprudence, the federal courts have both legal and equitable power, but the distinction is still an important one. For example, a trial by jury is normally available in "law" cases but not in "equity" cases.

29) Exclusionary Rule means doctrine that says evidence obtained in violation of a criminal defendant's constitutional or statutory rights is not admissible at trial.

30) Exculpatory Evidence means evidence indicating that a defendant did not commit the crime.

31) "Fault" means a default, breach, or wrongful act or omission.

32) Federal Question Jurisdiction means jurisdiction given to federal courts in cases involving the interpretation and application of the U.S. Constitution, acts of Congress, and treaties.

33) Foundation means Facts or Truths established by TESTIMONY or AFFIDAVIT entered into the public record with clean hands, good faith, fair business practices and full disclosure, to establish grounds (evidence, proof) for subsequent litigation(s).

34) "Good faith," except as otherwise provided in Article 5, means honesty in fact and the observance of reasonable commercial standards of fair dealing.

35) Hearsay means Statements of counsel or persons, in brief or argument, which are not supported by oath or affidavit. Rumors. Statements, which are not facts before the court. See Trinsey v. Frank J. Pagliaro and Albert Foreman 229 F. Supp. 647 (1964).

36) "Holder" means: (A) the person in possession of a negotiable instrument that is payable either to bearer or to an identified person that is the person in possession; or (B) the person in possession of a document of title if the goods are deliverable either to bearer or to the order of the person in possession.

37) Grand jury means a body of 16-23 citizens who listen to evidence of criminal allegations, which is presented by the prosecutors, and determine whether there is probable cause to believe an individual committed an offense. See also indictment and U.S. attorney.

38) Hearsay means evidence presented by a witness who did not see or hear the incident in question but heard about it from someone else. With some exceptions, hearsay generally is not admissible as evidence at trial (see NRS 51 and Federal Rules of Evidence VIII).

39) Impeachment means: (A) The process of calling a witness's testimony into doubt. For example, if the attorney can show that the witness may have fabricated portions of his testimony, the witness is said to be "impeached;" (B) The constitutional process whereby the House of Representatives may "impeach" (accuse of misconduct) high officers of the federal government, who are then tried by the Senate. 3. Article II Section 4 of the Constitution for the United States of America which claims; The President, Vice President and all civil Officers of the United States, shall be removed from Office on Impeachment for, and Conviction of, Treason, Bribery, or other high Crimes and Misdemeanors.

40) Injunction means a court order preventing one or more named parties from taking some action. A preliminary injunction often is issued to allow fact-finding, so a judge can determine whether a permanent injunction is justified.

41) Interrogatories means a form of discovery consisting of written questions to be answered in writing and under oath.

42) Judge means an official of the Judicial branch with authority to decide lawsuits brought before courts. Used generically, the term judge may also refer to all judicial officers, including Supreme Court justices who do not have secret superior oaths and only have allegiance to their public oath in accordance with Title 5 Section 3331.

43) Jurisdiction means 1) The legal authority of a court to hear and decide a certain

Case 1:23-cv-00472-JL-AJ   Document 1-2   Filed 10/16/23   Page 11 of 13

11


type of case. It also is used as a synonym for venue, meaning the geographic area over which the court has territorial jurisdiction to decide cases. 2) The geographic area which employees of government and/ or corporations are authorized to operate in during the course of their duties.

44) LEO means Law Enforcement Officer and includes all law enforcement officers (Alcohol Tobacco and Firearms, Department of Homeland Security, Federal Bureau of Investigations, Drug Enforcement Agency and even includes the agents of the Central Intelligence Agency).

45) "Money" means a medium of exchange currently authorized or adopted by a domestic

or foreign government. The term includes a monetary unit of account established by an intergovernmental <u>organization</u> or by agreement between two or more countries.

46) Nihil Dicit Tacit Acquiescence means to agree by going silent, literally they agreed by not speaking. Means an acceptance of liability.

47) N.H. Means the STATE of NEW HAMPSHIRE.

48) "N.H. DHHS-BCSS" means New Hampshire Department of Health and Human Services-Bureau of Child Support Services.

49) "NHRCP" means NEW HAMPSHIRE Rules of Civil Procedure.

50) "Organization" means a <u>person</u> other than an individual.

51) Peonage means a condition of enforced servitude by which the servitor is restrained of his liberty and compelled to labor in liquidation of some debt or obligations, real or pretended, against his will.

52) Persona Propria Sui Juris means the proper person within the law. The highest status and standing in law other than Providence.

53) Precedent means a court decision in an earlier case with facts and legal issues similar to a dispute currently before a court. Judges will generally "follow precedent" - meaning that they use the principles established in earlier cases to decide new cases that have 9 similar facts and raise similar legal issues. A judge will disregard precedent if a party can show that the earlier case was wrongly decided, or that it differed in some significant way from the current case. See Stare Decisis.

54) "Present value" means the amount as of a date certain of one or more sums payable in the future, discounted to the date certain by use of either an interest rate specified by the parties if that rate is not manifestly unreasonable at the time the transaction is entered into or, if an interest rate is not so specified, a commercially reasonable rate that takes into account the facts and circumstances at the time the transaction is entered into.

55) Real injury means A real injury is inflicted by any act by which a person's honor or dignity is affected (Page 925 Black's Law 4th Edition).

56) "Record" means information that is inscribed on a tangible medium or that is stored in

an electronic or other medium and is retrievable in perceivable for.

57) "Remedy" means any remedial <u>right</u> to which an aggrieved party is entitled with or

without resort to a tribunal.

58) "Representative" means a <u>person</u> empowered to act for another, including an agent, an officer of a corporation or association, and a trustee, executor, or administrator of an estate.

59) "Right" includes Natural Rights, Unalienable Rights and Prerogative Rights.

60) Sanction means a penalty or other type of enforcement used to bring about compliance with the law or with rules and regulations.

61) "Security interest" means an interest in personal property or fixtures which secures payment or performance of an obligation. "Security interest" includes any interest of a consignor and a buyer of accounts, chattel paper, a payment intangible, or a promissory note in a transaction that is subject to Article 9. "Security interest" does not include the special property interest of a buyer of goods on identification of those goods to a <u>contract</u> for sale under Section 2-505, the <u>right</u> of a seller or lessor of goods under Article 2 or 2A to retain or acquire possession of the goods is not a "security interest", but a seller or lessor may also acquire a "security interest" by complying with Article 9. The retention or reservation of title by a seller of goods notwithstanding shipment or <u>delivery</u> to the buyer under Section 2-401 is limited in effect to a reservation of a "security interest." Whether a transaction in the form of a lease creates a "security interest" is determined pursuant to Section 1-203.

62) Seize means to take possession of forcibly, to grasp, to snatch or to put in possession.

63) "Send" in connection with a <u>writing</u>, <u>record</u>, or notice means: (A) to deposit in the mail or deliver for transmission by any other usual means of communication with postage or cost of transmission provided for and properly addressed and, in the case of an instrument, to an address specified thereon or otherwise agreed, or if there be none to any address reasonable under the circumstances; or (B) in any other way to cause to be received any record or notice within the time it would have arrived if properly sent. 70) "Signed" includes using any symbol executed or adopted with present intention to adopt or accept a writing.

64) Stare Decisis means the legal principle of determining points in litigation according to precedent.

65) "STATE" means a State of the United States, the District of Columbia, Puerto Rico, the United States Virgin Islands, or any territory or insular possession subject to the jurisdiction of the United States.

66) State means one of the territories of North America.

67) State Constitution means the Constitution for the State of New Hampshire.

68) Suffer means to allow, to admit, or to permit.

69) "Surety" includes a guarantor or other secondary obligor.

70) Technicality means a point of law or a small detail of a set of rules, which may or may not adversely affect the outcome of prosecution in criminal proceedings.

71) "Term" means a portion of an agreement that relates to a particular matter.

72) Treason means betrayal after trust. It also means The offense of attempting by overt

acts to overthrow the government of the state to which the offender owes allegiance, or of betraying the state into the hands of a foreign power.

73) Matthew Hassell or Matthew means Matthew-Lane: Hassell as defined by TITLE 18 Section 1101. One of the People born in the territory of Texas. The clearly established and specifically designated Administrator and Beneficiary of the Texas Trust MATTHEW LANE HASSELL.

74) Trustee means the representative of the bankruptcy estate who exercises statutory powers, principally for the benefit of the unsecured creditors, under the general supervision of the court and the direct supervision of the U.S. trustee or bankruptcy administrator. The trustee is a private individual or corporation appointed in all chapter 7, chapter 12, and chapter 13 cases and some chapter 11 cases. The trustee's responsibilities include reviewing the debtor's petition and schedules and bringing actions against creditors or the debtor to recover property of the bankruptcy estate. In chapter 7, the trustee liquidates property of the estate, and makes distributions to creditors. Trustees in chapter 12 and 13 have similar duties to a chapter 7 trustee and the additional responsibilities of overseeing the debtor's plan, receiving payments from debtors, and disbursing plan payments to creditors.

75) UNITED STATES CITIZEN means a civilly dead entity operating as a co-trustee and co-beneficiary of the Public Charitable Trust, the constructive, cestui que trust of the US Inc. under the 14th Amendment, which upholds the debt of the USA and US Inc. (per congressional record, June 13th, 1967, pp. 15641-15646).

76) "Unauthorized signature" means a signature made without actual, implied, or apparent authority. The term includes a forgery.

77) U.S.D. means United States Dollars. Also known as Federal Reserve Notes, a species of money.

78) Usurp means to seize and hold any office by force, and without right.

79) Video recording means any video or audio and video recording.

80) vs. means versus and introduces which 2 (or more) parties are in controversy.

VOID WHERE PROHIBITED BY LAW

ALL RIGHTS RESERVED WITHOUT PREJUDICE 1-308

Date: 16th of October, 2023

*Matthew-Lane: Hassell* (signature)

Matthew-Lane: Hassell authorized agent of
MATTHEW LANE HASSELL
45 Falcon Crest Way
Manchester, New Hampshire [03104]
(603) 231-0844
mhas191@yahoo.com