FILED - USDC -NH
2023 NOV 3 PM 2:25

# U.S. DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

| | | |
|---|---|---|
| Matthew-Lane: Hassell, Plaintiff | } } } | CIVIL ACTION NUMBER: 23-cv-472-JL-AJ |
| V. | } } } | U.S. District Court District of New Hampshire |
| Devin Aileen Kimbark DOES 1 - X Defendant/(s) | } } } } | |

## NOTICE OF TEMPORARY DOMICILE CHANGE
### 2 Pages

Matthew-Lane: Hassell, Agent
20 Arlington St. Unit D
Nashua, New Hampshire [03060]
(603)231-0844
mhas191@yahoo.com

Devin Aileen Kimbark
3 Stoneleigh Dr.
Derry, New Hampshire 03038
Phone Number Unknown
Dak0292@yahoo.com

**3rd of November, 2023**

1. Petitioner is hereby giving notice, being under duress and having unlawful extortion and seizure of his property and being under government attack and having, by no other choice to alleviate the harm(s) being forced upon him, will be temporarily changing his domicile location to 20 Arlington St. Unit D Nashua, New Hampshire [03060], effective immediately, in a conduct of competing harms pursuant to NH REV STATUTE **627:3 Competing Harms.**

WHEREFORE, Petitioner, Matthew-Lane: Hassell, a Propria Persona Sui Juris, respectfully demand and instruct that this Honorable Court order the following relief:

A. Change Venue of the State Case in the 10th CIRCUIT - FAMILY DIVISION - DERRY CASE NO.: 656-2022-DM-00737, to the United States District Court District of New Hampshire, for this matter to run concurrent with CASE NO.: 1:23-cv-00472-JL-AJ;

B. Order a CEASE AND DESIST to the Bureau of Child Support Services;

C. Grant any such further relief as Justice may require.

Platsky v. C.I.A. United States Court of Appeals, Second Circuit Nov 24, 1991, 1953 F.2d 26 (2d Cir. 1991). Reversing district court for dismissing pro se complaint for lack of standing without explaining formalities of pleading and affording pro se plaintiff an opportunity to replead.

I certify that a copy of the above mentioned motion has been hand delivered and/or forwarded by email and/or sent by USPS mail to Devin Aileen Kimbark and Mark Kimbark and Cheryl L. Kimbark and New Hampshire Judicial Branch Administrative Office Director Dianne Martin and/or David King Administrative Judge in regards to Todd H. Prevett (Judge) and Michael L. Alfano (Judge) and Kerry P. Steckowych (Judge).

ALL RIGHTS RESERVED WITHOUT PREJUDICE 1-308

VOID WHERE PROHIBITED BY LAW

Date: 3rd of November, 2023

*Matthew-Sane Hassell* (signature)

Matthew-Lane: Hassell authorized agent of
MATTHEW LANE HASSELL
20 Arlington St. Unit D
Nashua, New Hampshire [03060]
(603) 231-0844
mhas191@yahoo.com