Rockingham County Sheriff's Office
CERTIFICATE OF SERVICE

County of Rockingham, New Hampshire

HASSELL, MATTHEW-LANE

vs.

KIMBARK, M

Docket Number: CV-472-JL-AJ

Sheriff File Number: 23-5999-CP

FILED - USDC -NH
2023 NOV 9 PM 4:06

I, DEPUTY SHERIFF MICHAEL 015-BEVERE, of the Rockingham County Sheriff's Office, Rockingham County, New Hampshire, certify and affirm that on 11/07/2023 at approximately 06:02pm at 3 STONELEIGH DR, DERRY, NH served the within SUMMONS & COMPLAINT upon MARK EDWARD KIMBARK, the defendant named herein, in the following manner.

PERSONAL SERVICE

By delivering to and leaving with MARK EDWARD KIMBARK, personally a true copy thereof, said person being known or identified to me as the person mentioned and described therein

Dated: 11/09/2023

DEPUTY SHERIFF MICHAEL 015-BEVERE

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of New Hampshire ▼

| | |
|---|---|
| Matthew-Lane: Hassell<br><br>*Plaintiff(s)*<br>v.<br>MARK KIMBARK<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 23-cv-472-JL-AJ<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* MARK KIMBARK
3 Stoneleigh Dr.
Derry, N.H. 03038

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Matthew-Lane: Hassell
45 Falcon Crest Way
Manchester, New Hampshire [03104]

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: __10/19/2023__
with ECF Notice attached.

DANIEL J. LYNCH, Clerk

By: /s/ Erica DiFabio, Deputy Clerk

Oct 19, 2023

RETURN OF SERVICE

MERRIMACK, SS.                                                    10/30/2023

FILED - USDC -NH
2023 NOV 9 PM 4:06

   I, DEPUTY MICHAEL A DOYLE, make oath that on 10/30/2023 at 08:35am, I served the within named KERRY P. STECKOWYCH, by leaving at the Office of same with David King; Admin Judge located at 1 GRANITE PL Apt. #N400, CONCORD, NH, a copy of the Summons and Complaint, attested by the Clerk of the Court.

FEES

    Service     $32.43
    Postage      1.00
    Travel      18.34

TOTAL          $51.77

                               DEPUTY MICHAEL A DOYLE
                          Merrimack County Sheriff's Office

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of New Hampshire ▼

| | |
|---|---|
| Matthew-Lane: Hassell <br><br> *Plaintiff(s)* <br> v. <br> Kerry P. Steckowych, Judge <br> KERRY P. STECKOWYCH <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 23-cv-472-JL-AJ |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* KERRY P. STECKOWYCH
Kerry P. Steckowych, Judge
1 Granite Pl n400
Concord, N.H. 03301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Matthew-Lane: Hassell
45 Falcon Crest Way
Manchester, New Hampshire [03104]

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 10/19/2023
**with ECF Notice attached.**

DANIEL J. LYNCH, Clerk

By: /s/ Erica DiFabio, Deputy Clerk

Oct 19, 2023

Rockingham County Sheriff's Office
CERTIFICATE OF SERVICE

County of Rockingham, New Hampshire

HASSELL, MATTHEW-LANE

vs.

KIMBARK, C

Docket Number: CV-472-JL-AJ

Sheriff File Number: 23-5998-CP

FILED - USDC -NH
2023 NOV 9 PM 4:07

I, DEPUTY SHERIFF MICHAEL 015-BEVERE, of the Rockingham County Sheriff's Office, Rockingham County, New Hampshire, certify and affirm that on 10/31/2023 at approximately 08:25am at 3 STONELEIGH DR, DERRY, NH served the within SUMMONS & COMPLAINT upon CHERYL L KIMBARK, the defendant named herein, in the following manner.

PERSONAL SERVICE

By delivering to and leaving with CHERYL L KIMBARK, personally a true copy thereof, said person being known or identified to me as the person mentioned and described therein

Dated: 10/31/2023

DEPUTY SHERIFF MICHAEL 015-BEVERE

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

| | |
|---|---|
| Matthew-Lane: Hassell<br><br>*Plaintiff(s)*<br>v.<br>CHERYL L. KIMBARK<br><br>*Defendant(s)* | Civil Action No. 23-cv-472-JL-AJ |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* CHERYL L. KIMBARK
3 Stoneleigh Dr.
Derry, N.H. 03038

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Matthew-Lane: Hassell
45 Falcon Crest Way
Manchester, New Hampshire [03104]

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 10/19/2023
with ECF Notice attached.

DANIEL J. LYNCH, Clerk

By: /s/ Erica DiFabio, Deputy Clerk

Oct 19, 2023

## RETURN OF SERVICE

MERRIMACK, SS.                                                                   10/30/2023

FILED - USDC -NH
2023 NOV 9 PM 4:07

I, DEPUTY MICHAEL A DOYLE, make oath that on 10/30/2023 at 08:35am, I served the within named TODD H. PREVETT, by leaving at the Office of same with David King; Admin Judge, located at 1 GRANITE PL Apt. #N400, CONCORD, NH, a copy of the Summons and Complaint, attested by the Clerk of the Court.

FEES

    Service    $32.43
    Postage    1.00
    Travel     0.00
                  ———————
TOTAL            $33.43

_____
DEPUTY MICHAEL A DOYLE
Merrimack County Sheriff's Office

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of New Hampshire ▼

| | |
|---|---|
| Matthew-Lane: Hassell <br><br><br> *Plaintiff(s)* <br> v. <br> Todd H. Prevett, Judge <br> TODD H. PREVETT <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 23-cv-472-JL-AJ |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Todd H. Prevett, Judge
TODD H. PREVETT
1 Granite Pl n400
Concord, N.H. 03301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Matthew-Lane: Hassell
45 Falcon Crest Way
Manchester, New Hampshire [03104]

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 10/19/2023

**with ECF Notice attached.**

DANIEL J. LYNCH, Clerk

By /s/ Erica DiFabio, Deputy Clerk

Oct 19, 2023

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

Print   Save As...   Reset

# RETURN OF SERVICE

MERRIMACK, SS.                                                              10/30/2023

FILED - USDC -NH
2023 NOV 9 PM 4:07

I, DEPUTY MICHAEL A DOYLE, make oath that on 10/30/2023 at 08:35am, I served the within named MICHAEL L. ALFANO, by leaving at the Office of same with David King; Admin Judge, located at 1 GRANITE PL Apt. #N400, CONCORD, NH, a copy of the Summons and Complaint, attested by the Clerk of the Court.

FEES

| | |
|---|---|
| Service | $32.43 |
| Postage | 1.00 |
| Travel | 0.00 |
| TOTAL | $33.43 |

_____
DEPUTY MICHAEL A DOYLE
Merrimack County Sheriff's Office

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of New Hampshire

| | |
|---|---|
| Matthew-Lane: Hassell<br><br>*Plaintiff(s)*<br>v.<br>Michael L. Alfano, Judge<br>MICHAEL L. ALFANO<br><br>*Defendant(s)* | Civil Action No. 23-cv-472-JL-AJ |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Michael L. Alfano, Judge
MICHAEL L. ALFANO
1 Granite Pl n400
Concord, N.H. 03301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Matthew-Lane: Hassell
45 Falcon Crest Way
Manchester, New Hampshire [03104]

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 10/19/2023
with ECF Notice attached.

DANIEL J. LYNCH, Clerk

By: /s/ Erica DiFabio, Deputy Clerk

Oct 19, 2023