Rockingham County Sheriff's Office
CERTIFICATE OF SERVICE

County of Rockingham, New Hampshire

HASSELL, MATTHEW-LANE

vs.

KIMBARK, D

Docket Number: CV-472-JL-AJ

Sheriff File Number: 23-6000-CP

FILED - USDC -NH
2023 NOV 9 PM 4:07

I, DEPUTY SHERIFF MICHAEL 015-BEVERE, of the Rockingham County Sheriff's Office, Rockingham County, New Hampshire, certify and affirm that:

NON-EST

I have made diligent search and have been unable to locate DEVIN AILEEN KIMBARK within my jurisdiction. DEFENDANT WORKS ODD HOURS, MADE ATTEMPTS AT MULTIPLE TIMES THROUGHOUT THE DAY WITH NO CONTACT. PLAINTIFF/ATTORNEY SHOULD REQUEST ABODE SERVICE.

Dated: 11/09/2023

DEPUTY SHERIFF MICHAEL 015-BEVERE

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of New Hampshire

| | |
|---|---|
| Matthew-Lane: Hassell | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 23-cv-472-JL-AJ |
| DEVIN AILEEN KIMBARK | ) |
| *Defendant(s)* | ) |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* DEVIN AILEEN KIMBARK
3 Stoneleigh Dr.
Derry, N.H. 03038

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Matthew-Lane: Hassell
45 Falcon Crest Way
Manchester, New Hampshire [03104]

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 10/19/2023
**with ECF Notice attached.**

DANIEL J. LYNCH, Clerk

By: /s/ Erica DiFabio, Deputy Clerk

Oct 19, 2023