UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

**************************************
Matthew-Lane: Hassell,                *
                                      *
            Plaintiff,                *
v.                                    *   Case No. 1:23-cv-00472-JL-AJ
                                      *
Cheryl L. Kimbark, et al.,            *
                                      *
            Defendants.               *
                                      *
**************************************

### ASSENTED-TO MOTION TO EXTEND THE JUDICIAL DEFENDANTS' TIME TO ANSWER OR OTHERWISE PLEAD

Defendants Hon. Michael L. Alfano, Hon. Todd Prevett, and Hon. Kerry Steckowych (collectively, the "Judicial Defendants"), by and through the New Hampshire Department of Justice as counsel, hereby move to extend their deadline to answer or otherwise plead to December 8, 2023. In support of this motion, the Judicial Defendants state as follows:

1. The Judicial Defendants' present deadline to answer or otherwise plead is November 20, 2023.

2. While the Judicial Defendants intend to file a Rule 12 motion a dismiss this action, recent and ongoing litigation demands on the Judicial Defendants' counsel leave the undersigned presently unprepared to file the Judicial Defendants' response to the complaint.

3. Based on those demands and the forthcoming Thanksgiving holiday period, the Judicial Defendants are requesting that their responsive pleading deadline be extended to December 8, 2023.

4. This requested extension will not result in the continuance of any hearing, conference, or trial, and no discovery plan is yet due in this matter. See L.R. 7.2(a).

5.  This motion is not accompanied by a supporting memorandum because all supporting authority for the relief requested is cited herein.  See L.R. 7.1(a)(2).

6.  Plaintiff assents to the relief requested herein.  See L.R. 7.1(c).

WHEREFORE, the Judicial Defendants respectfully request that the Court:

A.  Extend their deadline to answer or otherwise plead to December 8, 2023; and

B.  Grant such other and further relief as is just and equitable.

Respectfully submitted,

HON. MICHAEL L. ALFANO; HON. TODD PREVETT; and HON. KERRY STECKOWYCH

By their attorney,

JOHN M. FORMELLA
ATTORNEY GENERAL

Dated: November 17, 2023     By: /s/ Nathan W. Kenison-Marvin
Nathan W. Kenison-Marvin, Bar No. 270162
Assistant Attorney General
Civil Bureau
Office of the Attorney General
New Hampshire Department of Justice
1 Granite Place South
Concord, NH 03301
(603) 271-3650
nathan.w.kenison-marvin@doj.nh.gov

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was sent by ECF on November 17, 2023, to all counsel and/or parties of record.

/s/ Nathan W. Kenison-Marvin
Nathan W. Kenison-Marvin