The State of New Hampshire
Judicial Branch
NH Circuit Court

*Motion to reconsider*

*I sent an email and mai to counter council.*

9th Circuit-Family Division-Manchester
Matthew-Lane: Hassell and Devin Aileen Kimbark
Case Number: 656-2022-DM-00737

Motion to reschedule case mentioned above and dismiss any warrants that may have been issued.

After having troubles with alcohol, I got into some legal troubles. I have been sober since then and done everything for the past two years to get myself above those past mistakes and grow my life. The final to that chapter ends on the 18th of December, 2022. My paperwork got mixed up and I had the wrong date.
I respectfully ask the Honorable court to reschedule a date for me to appear and to quash the warrant for my arrest for my noncompliance.

Matthew-Lane: Hassell
45 Falcon Crest Way
Manchester, New Hampshire [03104]

*Matthew-Lane: Hassell, Agent*

*12-5-2022*

*Upon review + reconsideration, Motion is respectfully DENIED. Pursuant to Cir. Ct. - Fam. Div. R. 1.26(F), Petitioner fails to point out, with particularity, any aspects of law or fact that were overlooked or misapprehended. Petitioner presents no credible facts justifying his request to reschedule the hearing.*

Todd H. Prevett     DEC 13 2022

16