9TH CIRCUIT - DISTRICT DIVISION - MERRIMACK

# CASE SUMMARY
## CASE NO. 457-2021-CR-00384 ✓

State v. Matthew Hassell

§
§
§
§

Location: **9th Circuit - District Division - Merrimack**
Filed on: **02/16/2021**

---

### CASE INFORMATION

| Offense | Statute | Deg | Date | Case Type: | **Criminal** |
|---|---|---|---|---|---|
| Jurisdiction: **Bedford** | | | | | |
| 1. DUI - impairment | 265-A:2,I(a) | | MISDB01/06/2021 | Case Status: | **05/13/2021  Closed** |
| ChargeID: 1834236C   ACN: 007025J211834236001 | | | | | |
| Arrest:   01/06/2021 | | | | | |

---

### PARTY INFORMATION

**Defendant**      Hassell, Matthew
*45 Falcon Crest Way*
*Manchester, NH 03104*
*White  Male  Height 5'3"  Weight 135lbs*
*DOB: 12/15/1985  Age: 35*

**Arresting Agency**      **Bedford Police Department**
*55 Constitution Drive*
*Bedford, NH 03110*

| DATE | EVENTS & ORDERS OF THE COURT | INDEX |
|---|---|---|
| 01/11/2020 | Bail Order | *Index #1* |
| 02/16/2021 | Complaint As Accepted For Filing | |
| 02/25/2021 | **Case Status Hearing** | |
| 05/13/2021 | **Case Status Hearing**<br>*657-504-798* | |
| 05/13/2021 | Acknowledgement and Waiver of Rights (Judicial Officer: Ryan, Michael J ) | *Index #2* |
| 05/13/2021 | DWI First Sentencing Order (Judicial Officer: Ryan, Michael J ) | *Index #3* |
| 05/13/2021 | Notice of Revocation<br>*9 month LOL* | *Index #4* |
| 05/13/2021 | **Plea**<br>1. DUI - impairment<br>    Guilty | |
| 05/13/2021 | **Disposition** (Judicial Officer: Ryan, Michael J)<br><br>1. DUI - impairment<br>    Finding of Guilty | |
| 05/13/2021 | **Sentence** (Judicial Officer: Ryan, Michael J)<br>1. DUI - impairment<br>    Sentenced<br>    *Fees*<br>        *Fines: $620.00*<br>    *Condition - Adult:*<br>        *1. Impaired Driver Care Management Program, 05/13/2021, Active 05/13/2021*<br>    *License Suspension/Revocation* | |

9TH CIRCUIT - DISTRICT DIVISION - MERRIMACK
# CASE SUMMARY
## CASE NO. 457-2021-CR-00384

|  |  |  |
|---|---|---|
|  | *Revoked* |  |
|  | *Type: Operator* |  |
|  | *Effective Date: 05/13/2021* |  |
|  | *Term: 9 Months* |  |
|  | *Comments: defendant may seek to suspend 6 months provided that defendant was screened within 14 days of conviction, completed substance use disorder evaluation within 30 days and is in compliance with service plan thereafter.* |  |
|  | Condition - Adult: |  |
|  | *1. DWI First, 05/13/2021, Active 05/13/2021* |  |
| 10/12/2021 | Impaired Driver Care Management | *Index #5* |
|  | *Program Completion* |  |
| 10/25/2021 | Motion to Reduce License Suspension | *Index #6* |
|  | Party: Defendant  Hassell, Matthew |  |
|  | *Charges: 1* |  |
| 10/27/2021 | Granted (Judicial Officer: Derby, Mark S ) |  |
| 10/27/2021 | Amended Sentence (Judicial Officer: Ryan, Michael J) |  |
|  | 1. DUI - impairment |  |
|  | Sentenced |  |
|  | Fees |  |
|  | Fines: $620.00 |  |
|  | Condition - Adult: |  |
|  | 1. Impaired Driver Care Management Program, 05/13/2021, Active 05/13/2021 |  |
|  | License Suspension/Revocation |  |
|  | Revoked |  |
|  | Type: Operator |  |
|  | Effective Date: 10/27/2021 |  |
|  | Term: 3 Months |  |
|  | Comments: 5/13/21 defendant may seek to suspend 6 months provided that defendant was screened within 14 days of conviction, completed substance use disorder evaluation within 30 days and is in compliance with service plan thereafter. |  |
|  | Condition - Adult: |  |
|  | 1. DWI First, 05/13/2021, Active 05/13/2021 |  |

| DATE | FINANCIAL INFORMATION |  |
|---|---|---|
|  | Defendant  Hassell, Matthew |  |
|  | Total Charges | 620.00 |
|  | Total Payments and Credits | 620.00 |
|  | Balance Due as of  03/10/2023 | 0.00 |

*Printed on 03/10/2023 at 11:42 AM*

10TH CIRCUIT - DISTRICT DIVISION - DERRY

# CASE SUMMARY
## CASE NO. 431-2020-CR-02303

| State v. MATTHEW J HASSELL | | |
|---|---|---|
| § | Location: | **10th Circuit - District Division - Derry** |
| § | Filed on: | **12/21/2020** |
| § | Agency Case Number: | **838-20-563-AR** |
| § | NH Identification Number from DMV: | **12HLM85151** |

### CASE INFORMATION

| Offense | Statute | Deg | Date | Case Type: | **Criminal** |
|---|---|---|---|---|---|
| Jurisdiction: **Londonderry** | | | | | |
| 1. Disobeying an Officer | 265:4 | MISDB | 12/19/2020 | Case Status: | **03/18/2021   Closed** |
| ChargeID: 1816689C   ACN: 00838002000000563001 | | | | | |
| Arrest:   12/19/2020 | | | | | |
| 2. DUI - impairment | 265-A:2,I(a) | MISDB | 12/19/2020 | | |
| ChargeID: 1816690C   ACN: 00838002000000563002 | | | | | |
| Arrest:   12/19/2020 | | | | | |
| 3. Stalking; Domestic Violence; Order | 633:3-a,I(c) | MISDA | 12/19/2020 | | |
| ChargeID: 1816691C   ACN: 00838002000000563003 | | | | | |
| Arrest:   12/19/2020 | | | | | |

### PARTY INFORMATION

| | | *Attorneys* |
|---|---|---|
| **Defendant** | **HASSELL, MATTHEW J** | **Arani, Stephanie Kathleen, ESQ** |
| | *45 Falcon Crest Way* | *Court Appointed* |
| | *Manchester, NH 03104* | 603-778-0526(W) |
| | *White  Male  Height 5'3"  Weight 135lbs* | |
| | *DOB: 12/15/1985  Age: 35* | |
| | *DL: NH  12HLM85151* | |
| **Arresting Agency** | **Londonderry Police Department** | |
| | *268A Mammoth Road* | |
| | *Londonderry, NH 03053* | |

| DATE | EVENTS & ORDERS OF THE COURT | INDEX |
|---|---|---|
| 12/19/2020 | Complaint Narrative at Filing | |
| | *drive a 2016 Chevrolet Silverado Truck (NH4090016) on a way known as Rt 28 and refused to produce his license to drive said vehicle when demanded by OFFICER GEORGE R MOTTRAM JR of the Londonderry Police Department,* | |
| | *Charges: 1* | |
| 12/19/2020 | Complaint Narrative at Filing | |
| | *drive a black 2016 Chevrolet Silverado (NH4090016) on a way known as Rt 28 while under the influence of intoxicating liquor, which impaired his ability to drive, this being a subsequent offense having previously been convicted in the Milford District Court on 09/11/07,and in Nashua District Court on 11/30/07.* | |
| | *Charges: 2* | |
| 12/19/2020 | Complaint Narrative at Filing | |
| | *knowingly violate a Temporary Protection Order issued by the Manchester Disrtict Court, on 05/30/20, Docket Number 456-2020-4-01616, in that the defendant did have contact with the victim Devin Kimbark by sitting in his vehicle with her,* | |
| | *Charges: 3* | |
| 12/21/2020 | **Video Arraignment/Bail Hearing** | |
| 12/21/2020 | **Plea** (Judicial Officer: Steckowych, Kerry P) | |
| | 1. Disobeying an Officer | |
| | Not Guilty | |
| | 2. DUI - impairment | |

*Printed on 03/20/2023 at 10:12 AM*

10TH CIRCUIT - DISTRICT DIVISION - DERRY

# CASE SUMMARY

## CASE NO. 431-2020-CR-02303

|  |  |  |
|---|---|---|
|  | Not Guilty |  |
|  | 3. Stalking; Domestic Violence; Order |  |
|  | Not Guilty |  |
| 12/21/2020 | Gerstein Affidavit | *Index #1* |
| 12/21/2020 | Notice of Intent to Seek Class A Penalties | *Index #2* |
| 12/21/2020 | Complaint As Accepted For Filing |  |
| 12/21/2020 | Criminal Bail Protective Order (Judicial Officer: Steckowych, Kerry P ) | *Index #3* |
|  | Party: Defendant HASSELL, MATTHEW J;  Arresting Agency  Londonderry Police Department |  |
|  | *released on PR bail shall have no contact with Devin Kimbark by mail, phone fax email or sending any gifts through a third party unless authorized by the Court and not interfere with her residence, school or place of employmnet and ordered to refrain from going within 300 feet of where she may be not possess any firearms of destructive device shall refrain from any use of alcohol* |  |
|  | Charges: 1, 2, 3 |  |
| 12/21/2020 | Intimate Partner | *Index #4* |
|  | Charges: 3 |  |
| 12/21/2020 | Request for a Lawyer | *Index #5* |
| 12/21/2020 | Gerstein Affidavit (Judicial Officer: Steckowych, Kerry P ) | *Index #7* |
| 12/21/2020 | Arraignment - Advisement of Rights (Judicial Officer: Steckowych, Kerry P ) | *Index #8* |
|  | *Waived* |  |
| 12/22/2020 | Appointment of Counsel | *Index #6* |
|  | *Scanned to Pub Def 12/22/20* |  |
|  | Charges: 1, 2, 3 |  |
| 12/28/2020 | Appearance for the Defendant | *Index #9* |
|  | *Arani* |  |
| 12/28/2020 | Notice Under RSA 265-A:12 | *Index #10* |
|  | Party:  Public Defender  Arani, Stephanie Kathleen, ESQ |  |
| 12/28/2020 | Notice to Preserve Blood Test/Urinalysis Sample | *Index #11* |
| 02/03/2021 | **Case Status Hearing** |  |
|  | *Call 1-866-951-1151 and at the prompt enter # 292106529* |  |
| 02/03/2021 | Other (Judicial Officer: Steckowych, Kerry P ) | *Index #12* |
|  | *Plea likely. Case status or plea and sentencing (to be scheduled if Ack and waiver received)* |  |
| 03/18/2021 | Acknowledgement and Waiver of Rights | *Index #13* |
| 03/18/2021 | **Case Status Hearing** |  |
| 03/18/2021 | DWI First Sentencing Order (Judicial Officer: Steckowych, Kerry P ) | *Index #14* |
| 03/18/2021 | Notice of Revocation (Judicial Officer: Steckowych, Kerry P ) | *Index #15* |
|  | *9 months effective 3/18/21* |  |
| 03/18/2021 | Criminal Order of Protection Amend/Vacate (Judicial Officer: Steckowych, Kerry P ) | *Index #16* |
|  | *Vacate entire CBPO* |  |

*Printed on 03/20/2023 at 10:12 AM*

10TH CIRCUIT - DISTRICT DIVISION - DERRY
# CASE SUMMARY
## CASE NO. 431-2020-CR-02303

| | | |
|---|---|---|
| 03/18/2021 | Transmit Protective Order<br>*Faxed vacated CBPO to NCIC/AOC* | *Index #17* |
| | | |
| 03/18/2021 | **Amended Plea** (Judicial Officer: Steckowych, Kerry P)<br>2. DUI - impairment<br>Guilty | |
| | | |
| 03/18/2021 | **Disposition** (Judicial Officer: Steckowych, Kerry P)<br>.<br>1. Disobeying an Officer<br>Nolle Prossed<br>2. DUI - impairment<br>Finding of Guilty<br>3. Stalking; Domestic Violence; Order<br>Nolle Prossed | |
| | | |
| 03/18/2021 | **Sentence** (Judicial Officer: Steckowych, Kerry P)<br>2. DUI - impairment<br>Sentenced<br>*License Suspension/Revocation*<br>*Revoked*<br>*Type: Operator*<br>*Effective Date: 03/18/2021*<br>*Term: 9 Months*<br>*Fees*<br>*Fines: $620.00*<br>*Condition - Adult:*<br>*1. DWI First, 03/18/2021, Active 03/18/2021*<br>*2. Impaired Driver Care Management Program, Screen w/in 14 days of conviction, 03/18/2021, Active 03/18/2021*<br>*3. Other, State may destroy/return evidence., 03/18/2021, Active 03/18/2021* | |
| | | |
| 03/18/2021 | Other<br>*Sent copies of complaints, DWI sentencing Order, Notice of Revocation and IDCMP Brochure and program info to Atty Arani* | *Index #18* |
| | | |
| 11/04/2021 | Motion to Reduce License Suspension<br>Party:  Defendant  HASSELL, MATTHEW J<br>*from 9 mos to 3 mos* | *Index #20* |
| | | |
| 11/19/2021 | Granted (Judicial Officer: Steckowych, Kerry P )<br>*re: Mo to Red Lic Susp 9 mos to 3 mos* | |
| | | |
| 11/19/2021 | **Amended Sentence** (Judicial Officer: Steckowych, Kerry P)<br>2. DUI - impairment<br>Sentenced<br>License Suspension/Revocation<br>Revoked<br>Type: Operator<br>Effective Date: 03/18/2021<br>Term: 3 Months<br>Fees<br>Fines: $620.00<br>Condition - Adult:<br>1. DWI First, 03/18/2021, Active 03/18/2021<br>2. Impaired Driver Care Management Program, Screen w/in 14 days of conviction, 03/18/2021, Active 03/18/2021<br>3. Other, State may destroy/return evidence., 03/18/2021, Active 03/18/2021 | |

*Printed on 03/20/2023 at 10:12 AM*

**10TH CIRCUIT - DISTRICT DIVISION - DERRY**

# CASE SUMMARY
## CASE NO. 431-2020-CR-02303

| DATE | FINANCIAL INFORMATION |
|------|----------------------|

**Defendant** HASSELL, MATTHEW J

| | |
|---|---|
| Total Charges | 620.00 |
| Total Payments and Credits | 620.00 |
| **Balance Due as of  03/20/2023** | **0.00** |

*Printed on 03/20/2023 at 10:12 AM*

9TH CIRCUIT - DISTRICT DIVISION - MANCHESTER

# CASE SUMMARY

## CASE NO. 456-2020-CR-01616

State v. Matthew Hassell

§
§
§
§
§
§

| | |
|---|---|
| Location: | 9th Circuit - District Division - Manchester |
| Filed on: | 06/01/2020 |
| Police Incident Number: | 20-006593 |
| Protective Order Number: | 4562041616 |

---

### CASE INFORMATION

| Offense | Statute | Deg | Date | Case Type: | Criminal | |
|---|---|---|---|---|---|---|
| Jurisdiction: Manchester | | | | | | |
| 1. DV; Simple Assault; Physical Contact | 631:2-b,I(a) | MISDA | 05/30/2020 | Case Status: | 09/15/2021 | Closed |
| ChargeID: 1747951C   ACN: 007025J201747951001 | | | | | | |
| Arrest:   05/30/2020 | | | | | | |
| 2. Disorderly Conduct | 644:2 | VIOL | 05/30/2020 | | | |
| ChargeID: 1747952C   ACN: 007025J201747952002 | | | | | | |
| *Filed As:*  Resist Arrest/Detention | 642:2 | MISDA | 06/01/2020 | | | |
| Arrest:   05/30/2020 | | | | | | |

---

### PARTY INFORMATION

| | | Attorneys |
|---|---|---|
| Defendant | Hassell, Matthew | Stonitsch, Thomas Aloysius, ESQ |
| | *45 Falcon Crest Way* | *Retained* |
| | *Manchester, NH 03104* | 603-669-7888(W) |
| | *White Male Height 5'3" Weight 135lbs* | |
| | *DOB: 12/15/1985  Age: 34* | |
| Arresting Agency | Manchester Police Dept | |
| | *405 Valley Street* | |
| | *Manchester, NH 03103* | |
| Prosecutor | City Solicitor's Office | Broderick, Kathleen A., ESQ |
| | *One City Hall Plaza* | *Retained* |
| | *Manchester, NH 03101* | 603-624-6523(W) |

---

| DATE | EVENTS & ORDERS OF THE COURT | INDEX |
|---|---|---|
| 05/30/2020 | Bail Order<br>*p/r* | *Index #2* |
| 06/01/2020 | Criminal Bail Protective Order<br>Party: Defendant  Hassell, Matthew<br>*Charges: 1,  2* | *Index #1* |
| 09/15/2021 | Criminal Order of Protection Amend/Vacate (Judicial Officer: Gleason, James D )<br>*VACATED* | *Index #6* |
| 06/01/2020 | Financial Affidavit<br>Party: Defendant  Hassell, Matthew | *Index #3* |
| 06/02/2020 | Appointment of Counsel<br>*NHPD Office* | *Index #4* |
| 10/07/2020 | **Case Status Hearing**<br>*TELEPHONIC HEARING* | |
| 10/07/2020 | Other<br>*Parties want a trial/Long trial NOT needed* | *Index #5* |
| 09/15/2021 | **Pre-Trial Conference** | |

9TH CIRCUIT - DISTRICT DIVISION - MANCHESTER
# CASE SUMMARY
## CASE NO. 456-2020-CR-01616

*"IN" PERSON***

| | |
|---|---|
| 09/15/2021 | **Plea** (Judicial Officer: Gleason, James D)<br>2. Disorderly Conduct<br>Guilty |
| 09/15/2021 | **Disposition** (Judicial Officer: Gleason, James D)<br>1. DV; Simple Assault; Physical Contact<br>Nolle Prossed<br>2. Disorderly Conduct<br>Finding of Guilty |
| 09/15/2021 | **Sentence** (Judicial Officer: Gleason, James D)<br>2. Disorderly Conduct<br>Sentenced<br>Fees<br>Fines: $992.00<br>Due Date: 09/15/2021 |
| 09/15/2021 | Acknowledgement and Waiver of Rights (Judicial Officer: Gleason, James D )<br>*Charges: 2* |

*Index #7*

| DATE | FINANCIAL INFORMATION | |
|---|---|---|
| | Defendant  Hassell, Matthew | |
| | Total Charges | 992.00 |
| | Total Payments and Credits | 992.00 |
| | Balance Due as of  03/10/2023 | 0.00 |

*Printed on 03/10/2023 at 11:41 AM*

9TH CIRCUIT - DISTRICT DIVISION - MANCHESTER

# CASE SUMMARY

CASE NO. 456-2019-CR-05056

State v. Matthew Hassell

§
§
§
§
§
§

Location: **9th Circuit - District Division - Manchester**
Filed on: **12/16/2019**
Police Incident Number: **19-018203**
Protective Order Number: **4561945056**

---

## CASE INFORMATION

| Offense | Statute | Deg | Date | Case Type: | Criminal |
|---|---|---|---|---|---|

Jurisdiction: Manchester

1. DV; Simple Assault; Physical Contact    631:2-b,I(a)    MISDA 12/16/2019
   ChargeID: 1700041C    ACN: 007025J191700041001
   Arrest: 12/16/2019

Case Status: **08/27/2020   Closed**

---

## PARTY INFORMATION

| | | Attorneys |
|---|---|---|
| **Defendant** | **Hassell, Matthew** | **Stonitsch, Thomas Aloysius,** |
| | *45 Falcon Crest Way* | **ESQ** |
| | *Manchester, NH 03104* | *Public Defender* |
| | *White Male Height 5'2" Weight 135lbs* | 603-669-7888(W) |
| | *DOB: 12/15/1985  Age: 34* | |
| **Arresting Agency** | **Manchester Police Dept** | |
| | *405 Valley Street* | |
| | *Manchester, NH 03103* | |
| **Prosecutor** | **City Solicitor's Office** | **Broderick, Kathleen A., ESQ** |
| | *One City Hall Plaza* | *Retained* |
| | *Manchester, NH 03101* | 603-624-6523(W) |

---

| DATE | EVENTS & ORDERS OF THE COURT | INDEX |
|---|---|---|
| 12/16/2019 | **Arraignment on Complaint** | |
| 12/16/2019 | Bail Order<br>*P/R*<br>*Charges: 1* | *Index #1* |
| 12/16/2019 | Complaint As Accepted For Filing | |
| 12/16/2019 | Criminal Bail Protective Order<br>*Charges: 1* | *Index #2* |
| 12/17/2019 | Criminal Order of Protection Amend/Vacate<br>*Amended*<br>*Charges: 1* | *Index #6* |
| 03/04/2020 | Criminal Order of Protection Amend/Vacate<br>*Vacated*<br>*Charges: 1* | *Index #7* |
| 12/16/2019 | Motion<br>Party: Defendant  Hassell, Matthew<br>*to waive $50 AF* | *Index #3* |
| 12/16/2019 | Financial Affidavit<br>Party: Defendant  Hassell, Matthew | *Index #4* |
| 12/16/2019 | Appointment of Counsel | *Index #5* |

*Printed on 03/10/2023 at 11:41 AM*

9TH CIRCUIT - DISTRICT DIVISION - MANCHESTER
# CASE SUMMARY
## CASE NO. 456-2019-CR-05056

*NHPD Office*

| | | |
|---|---|---|
| 12/17/2019 | **Hearing on Failure to Appear**<br>*#201* | |
| 03/04/2020 | *CANCELED* **Trial** | |
| 03/04/2020 | **Trial** | |
| 03/04/2020 | **Disposition**<br>1. DV; Simple Assault; Physical Contact<br>   **Nolle Prossed** | |
| 03/26/2020 | Motion for Return of Firearms | *Index #8* |
| 08/27/2020 | **Motion Hearing** | |
| 08/27/2020 | Denied (Judicial Officer: Lyons, William H )<br>*Motion for Return of Firearms* | |

| DATE | FINANCIAL INFORMATION | |
|---|---|---|
| | Defendant  Hassell, Matthew | |
| | Total Charges | 50.00 |
| | Total Payments and Credits | 50.00 |
| | **Balance Due as of  03/10/2023** | **0.00** |

*Printed on 03/10/2023 at 11:41 AM*

9TH CIRCUIT - DISTRICT DIVISION - MILFORD

# CASE SUMMARY

## CASE NO. 458-2007-CR-01840

| State Vs. MATTHEW J. HASSELL | § § § § § | Location: | 9th Circuit - District Division - Milford |
|---|---|---|---|
| | | Filed on: | 07/18/2007 |
| | | Appear by: | 07/18/2007 |

---

### CASE INFORMATION

| Offense | | Statute | Deg | Date | | Case Type: | Class A Misdemeanor |
|---|---|---|---|---|---|---|---|
| Jurisdiction: Milford | | | | | | | |
| 1. Contempt of Bail Order | | 597:7-a | | MISDA 06/30/2007 | Case Status: | 03/01/2016   Destroyed | |
| ACN: 007025J074580184001 | | | | | | | |
| Arrest: 06/30/2007 | | | | | | | |

**Related Cases**
458-2007-CR-01143   (Cross Reference)

---

### PARTY INFORMATION

| | | Attorneys |
|---|---|---|
| Defendant | HASSELL, MATTHEW J | Goodchild, Alan W, ESQ |
| | 45 FALCONCREST RD | Retained |
| | MANCHESTER, NH 03104 | 603-432-9555(W) |
| | White Male Height 5'3" Weight 135lbs | |
| | DOB: 12/15/1985  Age: 21 | |
| | DL: NH  12HLM85151 | |
| Officer - Local Police | Milford Police Dept. | |
| | Michael F. McCall, Esquire | |
| | 19 Garden Street | |
| | Milford, NH 03055 | |

| DATE | EVENTS & ORDERS OF THE COURT | INDEX |
|---|---|---|
| 07/18/2007 | Memo from Case Screen<br>07-CR-01840: CONTEMPT FOR DEFAULT/BREACH OF BAIL CONDITIONS; Case Filing Type: Original Filing; Orig. Case Type: 124; Arresting PD: MPD | |
| 08/01/2007 | Other<br>Continuance Request from Sustain; Dec. Date: 8/1/2007; Decision: CBC; Requested by: ATD; New Date: 9/12/2007 | |
| 08/01/2007 | Motion to Continue<br>Filed by: ATD | |
| 08/06/2007 | Approved/Ordered by Court<br>; Judge: MOORE | |
| 08/01/2007 | Appearance<br>Filed by: ATD | |
| 08/15/2007 | Trial (Judicial Officer: Converted, No Judge in Sustain)<br>Date Sched: 7/30/2007 | |
| 09/11/2007 | Disposition (Judicial Officer: Converted, No Judge in Sustain)<br>1. Contempt of Bail Order<br>Nolle Prossed | |
| 09/12/2007 | Trial (Judicial Officer: Converted, No Judge in Sustain)<br>Date Sched: 8/7/2007 | |

*Printed on 03/20/2023 at 10:12 AM*

9TH CIRCUIT - DISTRICT DIVISION - MILFORD

# CASE SUMMARY
## CASE NO. 458-2007-CR-01840

| | | | |
|---|---|---|---|
| State Vs. MATTHEW J. HASSELL | § § § § § § | Location: | 9th Circuit - District Division - Milford |
| | | Filed on: | 07/18/2007 |
| | | Appear by: | 07/18/2007 |

---

### CASE INFORMATION

| Offense<br>Jurisdiction: **Milford** | Statute | Deg | Date | Case Type: | **Class A Misdemeanor** |
|---|---|---|---|---|---|
| 1. Contempt of Bail Order<br>   ACN: 007025J074580184001<br>   Arrest:  06/30/2007 | 597:7-a | MISDA | 06/30/2007 | Case Status: | **03/01/2016   Destroyed** |

**Related Cases**
458-2007-CR-01143   (Cross Reference)

---

### PARTY INFORMATION

| | | *Attorneys* |
|---|---|---|
| **Defendant** | **HASSELL, MATTHEW J**<br>*45 FALCONCREST RD*<br>*MANCHESTER, NH 03104*<br>*White  Male  Height 5'3"  Weight 135lbs*<br>*DOB: 12/15/1985  Age: 21*<br>*DL: NH  12HLM85151* | **Goodchild, Alan W, ESQ**<br>*Retained*<br>603-432-9555(W) |
| **Officer - Local Police** | **Milford Police Dept.**<br>*Michael F. McCall, Esquire*<br>*19 Garden Street*<br>*Milford, NH 03055* | |

---

| DATE | EVENTS & ORDERS OF THE COURT | INDEX |
|---|---|---|
| 07/18/2007 | Memo from Case Screen<br>*07-CR-01840: CONTEMPT FOR DEFAULT/BREACH OF BAIL CONDITIONS; Case Filing Type: Original Filing; Orig. Case Type: 124; Arresting PD: MPD* | |
| 08/01/2007 | Other<br>*Continuance Request from Sustain; Dec. Date: 8/1/2007; Decision: CBC; Requested by: ATD; New Date: 9/12/2007* | |
| 08/01/2007 | Motion to Continue<br>*Filed by: ATD* | |
| 08/06/2007 | Approved/Ordered by Court<br>*; Judge: MOORE* | |
| 08/01/2007 | Appearance<br>*Filed by: ATD* | |
| 08/15/2007 | **Trial** (Judicial Officer: Converted, No Judge in Sustain)<br>*Date Sched: 7/30/2007* | |
| 09/11/2007 | **Disposition** (Judicial Officer: Converted, No Judge in Sustain)<br>  1. Contempt of Bail Order<br>      Nolle Prossed | |
| 09/12/2007 | **Trial** (Judicial Officer: Converted, No Judge in Sustain)<br>*Date Sched: 8/7/2007* | |

*Printed on 03/20/2023 at 10:12 AM*

9TH CIRCUIT - DISTRICT DIVISION - MILFORD

# CASE SUMMARY
## CASE NO. 458-2007-CR-01840

*Printed on 03/20/2023 at 10:12 AM*

9TH CIRCUIT - DISTRICT DIVISION - NASHUA
# CASE SUMMARY
## CASE NO. 459-2007-CR-06546

| State vs Matthew Hassell | § | | |
|---|---|---|---|
| | § | Location: | **9th Circuit - District Division - Nashua** |
| | § | Judicial Officer: | **Leary, James H** |
| | § | Filed on: | **07/12/2007** |
| | § | Appear by: | **07/19/2007** |

---

### CASE INFORMATION

| Offense | Statute | Deg | Date | Case Type: | **DWI 1st Offense** |
|---|---|---|---|---|---|
| Jurisdiction: **Hudson** | | | | | |
| 1. Driving or Operating Under Influence of Drugs/Liquor; Excess Alcohol Concentration | 265-A:2 | MISDB | 06/30/2007 | Case Status: | **11/30/2007   Closed** |
| ACN: 007025J074590654601 | | | | | |
| Arrest:   06/30/2007 | | | | | |

**Related Cases**
459-2007-CR-06538   (Cross Reference)

---

### PARTY INFORMATION

| | | *Attorneys* |
|---|---|---|
| **Defendant** | **Hassell, Matthew** | **Goodchild, Alan W, ESQ** |
| | *1267A Smyth Road* | *Retained* |
| | *Hooksett, NH 03106* | *603-432-9555(W)* |
| | *DOB: 12/15/1985  Age: 21* | |
| **Officer - Local Police** | **Hudson Police Department** | |
| | *1 Constitution Drive* | |
| | *Hudson, NH 03051* | |

---

| DATE | EVENTS & ORDERS OF THE COURT | INDEX |
|---|---|---|
| 07/12/2007 | Appearance *Filed by: ATD* | |
| 07/12/2007 | Waiver of Arraignment *Filed by: ATD* | |
| 07/16/2007 | Granted *; Judge: jhl* | |
| 07/12/2007 | Memo from Case Screen *07-CR-06546: No Memo on Case Screen in Sustain; Case Filing Type: Original Filing; Orig. Case Type: 102; Arresting PD: Hudson* | |
| 07/26/2007 | Notice of Hearing *Filed by: CCS* | |
| 09/07/2007 | **Arraignment and Trial** (Judicial Officer: Converted, No Judge in Sustain) *Date Sched: 7/26/2007* | |
| 11/30/2007 | **Trial** (Judicial Officer: Converted, No Judge in Sustain) *Date Sched: 9/10/2007* | |
| 11/30/2007 | Other *Filed by: DEF; Memo: License taken at time of arrest* | |
| 11/30/2007 | Other *Filed by: JUD; Memo: DWI 1st Offense Sentencing Order* | |
| 11/30/2007 | Community Alcohol Info Program | |

*Printed on 03/21/2023 at 9:16 AM*

9TH CIRCUIT - DISTRICT DIVISION - NASHUA

# CASE SUMMARY
## CASE NO. 459-2007-CR-06546

*Filed by: CCS*

| | | |
|---|---|---|
| 11/30/2007 | Notice of Revocation<br>*Filed by: DEF* | |
| 11/30/2007 | Acknowledgement and Waiver of Rights<br>*Filed by: DEF* | |
| 11/30/2007 | Approved/Ordered by Court<br>*; Judge: Leary* | |
| 11/30/2007 | **Disposition** (Judicial Officer: Leary, James H)<br>1. Driving or Operating Under Influence of Drugs/Liquor; Excess Alcohol Concentration<br>    Finding of Guilty | |
| 11/30/2007 | **Sentence** (Judicial Officer: Converted, No Judge in Sustain)<br>1. Driving or Operating Under Influence of Drugs/Liquor; Excess Alcohol Concentration<br>    Sentence Converted from Sustain<br>    Condition - Adult:<br>      1. Fine, Sent Amount: 600 , 11/30/2007, Active 11/30/2007<br>    Condition - Adult:<br>      1. Fine Suspended in Full, Years: 2 , 11/30/2007, Active 11/30/2007<br>    Condition - Adult:<br>      1. IDIP/AAP/CAIP, 11/30/2007, Active 11/30/2007 | |

| DATE | FINANCIAL INFORMATION | |
|---|---|---|
| | **Defendant**  Hassell, Matthew | |
| | Total Charges | 600.00 |
| | Total Payments and Credits | 600.00 |
| | **Balance Due as of  03/21/2023** | **0.00** |

*Printed on 03/21/2023 at 9:16 AM*

*Matt Hassell*
*DOB 12/15/1985*

9TH CIRCUIT - DISTRICT DIVISION - NASHUA

# CASE SUMMARY
## CASE NO. 459-2007-CR-06543

State vs Matthew Hassell

| | | |
|---|---|---|
| | § | Location: **9th Circuit - District Division -** |
| | § | **Nashua** |
| | § | Filed on: **07/12/2007** |
| | § | Appear by: **07/19/2007** |
| | § | |

### CASE INFORMATION

**Offense**
Jurisdiction: **Hudson**

| | Statute | Deg | Date | | Case Type: **Class A Misdemeanor** |
|---|---|---|---|---|---|
| 1. Conduct after an Accident<br>ACN: 007025J074590654301<br>Arrest: 06/30/2007 | 264:25 | MISDA | 06/30/2007 | Case Status: | **11/30/2007  Closed** |

**Related Cases**
459-2007-CR-06538  (Cross Reference)

### PARTY INFORMATION

| | | *Attorneys* |
|---|---|---|
| **Defendant** | **Hassell, Matthew**<br>*3 New Haven Drive*<br>*Nashua, NH 03060*<br>*DOB: 12/15/1985  Age: 21* | **Goodchild, Alan W, ESQ**<br>*Retained*<br>603-432-9555(W) |
| **Officer - Local Police** | **Hudson Police Department**<br>*1 Constitution Drive*<br>*Hudson, NH 03051* | |

| DATE | EVENTS & ORDERS OF THE COURT | INDEX |
|---|---|---|
| 07/12/2007 | Appearance<br>*Filed by: ATD* | |
| 07/12/2007 | Waiver of Arraignment<br>*Filed by: ATD* | |
| 07/16/2007 | Granted<br>*; Judge: jhl* | |
| 07/12/2007 | Memo from Case Screen<br>*07-CR-06543: No Memo on Case Screen in Sustain; Case Filing Type: Original Filing; Orig.*<br>*Case Type: 124; Arresting PD: Hudson* | |
| 09/07/2007 | **Arraignment and Trial** (Judicial Officer: Converted, No Judge in Sustain)<br>*Date Sched: 7/26/2007* | |
| 11/30/2007 | **Trial** (Judicial Officer: Converted, No Judge in Sustain)<br>*Date Sched: 9/10/2007* | |
| 11/30/2007 | **Disposition** (Judicial Officer: Converted, No Judge in Sustain)<br>1. Conduct after an Accident<br>Nolle Prossed | |

*Printed on 03/10/2023 at 11:43 AM*

# CASE SUMMARY
## CASE NO. 459-2007-CR-06538

| State vs Matthew Hassell | § | | |
|---|---|---|---|
| | § | Location: | **9th Circuit - District Division - Nashua** |
| | § | Judicial Officer: | **Leary, James H** |
| | § | Filed on: | **07/12/2007** |
| | § | Appear by: | **07/19/2007** |

---

### CASE INFORMATION

| Offense | Statute | Deg | Date | Case Type: | **Class A Misdemeanor** |
|---|---|---|---|---|---|
| Jurisdiction: **Hudson** | | | | | |
| 1. Criminal Mischief | 634:2 | | MISDA 06/30/2007 | Case Status: | **11/30/2007   Closed** |
| ACN: 007025J074590653801 | | | | | |
| Arrest: 06/30/2007 | | | | | |

**Related Cases**
459-2007-CR-06539  (Cross Reference)
459-2007-CR-06540  (Cross Reference)
459-2007-CR-06541  (Cross Reference)
459-2007-CR-06542  (Cross Reference)
459-2007-CR-06543  (Cross Reference)
459-2007-CR-06544  (Cross Reference)
459-2007-CR-06545  (Cross Reference)
459-2007-CR-06546  (Cross Reference)

---

### PARTY INFORMATION

| | | *Attorneys* |
|---|---|---|
| **Defendant** | **Hassell, Matthew** | **Goodchild, Alan W, ESQ** |
| | *3 New Haven Drive* | *Retained* |
| | *Nashua, NH 03060* | 603-432-9555(W) |
| | *DOB: 12/15/1985  Age: 21* | |
| **Officer - Local Police** | **Hudson Police Department** | |
| | *1 Constitution Drive* | |
| | *Hudson, NH 03051* | |

---

| DATE | EVENTS & ORDERS OF THE COURT | INDEX |
|---|---|---|
| 07/12/2007 | Appearance<br>*Filed by: ATD* | |
| 07/12/2007 | Waiver of Arraignment<br>*Filed by: ATD* | |
| 07/16/2007 | Granted<br>*; Judge: jhl* | |
| 07/12/2007 | Memo from Case Screen<br>*07-CR-06538: def. noh returned/no other add. on file 8/8; Case Filing Type: Original Filing; Orig. Case Type: 124; Arresting PD: Hudson* | |
| 09/07/2007 | **Arraignment and Trial** (Judicial Officer: Converted, No Judge in Sustain)<br>*Date Sched: 7/26/2007* | |
| 11/30/2007 | **Trial** (Judicial Officer: Converted, No Judge in Sustain)<br>*Date Sched: 9/10/2007* | |
| 11/30/2007 | Acknowledgement and Waiver of Rights<br>*Filed by: DEF* | |
| 11/30/2007 | **Disposition** (Judicial Officer: Leary, James H)<br>1. Criminal Mischief | |

9TH CIRCUIT - DISTRICT DIVISION - NASHUA

# CASE SUMMARY
## CASE NO. 459-2007-CR-06538

Finding of Guilty

11/30/2007    Sentence (Judicial Officer: Converted, No Judge in Sustain)
　　　　　1. Criminal Mischief
　　　　　　　Sentence Converted from Sustain
　　　　　　　Condition - Adult:
　　　　　　　　1. Incarceration - Sentence Suspended, Days: 30 , 11/30/2007, Active 11/30/2007
　　　　　　　Condition - Adult:
　　　　　　　　1. Good Behavior for One Year, 11/30/2007, Active 11/30/2007
　　　　　　　Condition - Adult:
　　　　　　　　1. Restitution, 11/30/2007, Active 11/30/2007

9TH CIRCUIT - DISTRICT DIVISION - NASHUA

# CASE SUMMARY
## CASE NO. 459-2007-CR-06540

| State vs Matthew Hassell | § § § § § | | |
|---|---|---|---|
| | | Location: | 9th Circuit - District Division - Nashua |
| | | Filed on: | 07/12/2007 |
| | | Appear by: | 07/19/2007 |

---

### CASE INFORMATION

| Offense | Statute | Deg | Date | Case Type: | Class B Misdemeanor |
|---|---|---|---|---|---|
| Jurisdiction: **Hudson** | | | | | |
| 1. Disorderly Conduct | 644:2 | MISDB | 06/30/2007 | Case Status: | **11/30/2007   Closed** |
| ACN: 007025J074590654001 | | | | | |
| Arrest:   06/30/2007 | | | | | |

**Related Cases**
459-2007-CR-06538   (Cross Reference)

---

### PARTY INFORMATION

|  |  | *Attorneys* |
|---|---|---|
| **Defendant** | **Hassell, Matthew** | **Goodchild, Alan W, ESQ** |
| | *3 New Haven Drive* | *Retained* |
| | *Nashua, NH 03060* | 603-432-9555(W) |
| | *DOB: 12/15/1985  Age: 21* | |
| **Officer - Local Police** | **Hudson Police Department** | |
| | *1 Constitution Drive* | |
| | *Hudson, NH 03051* | |

---

| DATE | EVENTS & ORDERS OF THE COURT | INDEX |
|---|---|---|
| 07/12/2007 | Appearance<br>*Filed by: ATD* | |
| 07/12/2007 | Waiver of Arraignment<br>*Filed by: ATD* | |
| 07/16/2007 | Granted<br>*; Judge: jhl* | |
| 07/12/2007 | Memo from Case Screen<br>*07-CR-06540: No Memo on Case Screen in Sustain; Case Filing Type: Original Filing; Orig. Case Type: 123; Arresting PD: Hudson* | |
| 09/07/2007 | **Arraignment and Trial** (Judicial Officer: Converted, No Judge in Sustain)<br>*Date Sched: 7/26/2007* | |
| 11/30/2007 | **Trial** (Judicial Officer: Converted, No Judge in Sustain)<br>*Date Sched: 9/10/2007* | |
| 11/30/2007 | **Disposition** (Judicial Officer: Converted, No Judge in Sustain)<br>1. Disorderly Conduct<br>Nolle Prossed | |

*Printed on 03/20/2023 at 11:03 AM*

9TH CIRCUIT - DISTRICT DIVISION - NASHUA

# CASE SUMMARY
## CASE NO. 459-2007-CR-06539

| State vs Matthew Hassell | §<br>§<br>§<br>§<br>§ | Location: | **9th Circuit - District Division - Nashua** |
|---|---|---|---|
| | | Filed on: | **07/12/2007** |
| | | Appear by: | **07/19/2007** |

---

### CASE INFORMATION

| Offense | Statute | Deg | Date | Case Type: | **Class A Misdemeanor** |
|---|---|---|---|---|---|
| Jurisdiction: **Hudson** | | | | | |
| 1. Criminal Mischief<br>  ACN: 007025J074590653901<br>  Arrest:  06/30/2007 | 634:2 | MISDA | 06/30/2007 | Case Status: | **11/30/2007   Closed** |

**Related Cases**
459-2007-CR-06538   (Cross Reference)

---

### PARTY INFORMATION

| | | *Attorneys* |
|---|---|---|
| **Defendant** | **Hassell, Matthew**<br>*3 New Haven Drive*<br>*Nashua, NH 03060*<br>*DOB: 12/15/1985  Age: 21* | **Goodchild, Alan W, ESQ**<br>*Retained*<br>603-432-9555(W) |
| **Officer - Local Police** | **Hudson Police Department**<br>*1 Constitution Drive*<br>*Hudson, NH 03051* | |

| DATE | EVENTS & ORDERS OF THE COURT | INDEX |
|---|---|---|
| 07/12/2007 | Appearance<br>  *Filed by: ATD* | |
| 07/12/2007 | Waiver of Arraignment<br>  *Filed by: ATD* | |
| 07/16/2007 | Granted<br>  *; Judge: jhl* | |
| 07/12/2007 | Memo from Case Screen<br>  *07-CR-06539: No Memo on Case Screen in Sustain; Case Filing Type: Original Filing; Orig. Case Type: 124; Arresting PD: Hudson* | |
| 09/07/2007 | **Arraignment and Trial** (Judicial Officer: Converted, No Judge in Sustain)<br>  *Date Sched: 7/26/2007* | |
| 11/30/2007 | **Trial** (Judicial Officer: Converted, No Judge in Sustain)<br>  *Date Sched: 9/10/2007* | |
| 11/30/2007 | **Disposition** (Judicial Officer: Converted, No Judge in Sustain)<br>  1. Criminal Mischief<br>    Nolle Prossed | |

9TH CIRCUIT - DISTRICT DIVISION - NASHUA

# CASE SUMMARY
## CASE NO. 459-2007-CR-06541

| State vs Matthew Hassell | § | | |
|---|---|---|---|
| | § | Location: | 9th Circuit - District Division - Nashua |
| | § | Judicial Officer: | Leary, James H |
| | § | Filed on: | 07/12/2007 |
| | § | Appear by: | 07/19/2007 |

---

### CASE INFORMATION

| Offense | Statute | Deg | Date | Case Type: | Class A Misdemeanor |
|---|---|---|---|---|---|
| Jurisdiction: Hudson | | | | | |
| 1. Resisting Arrest or Detention | 642:2 | MISDA | 06/30/2007 | Case Status: | 11/30/2007  Closed |
| ACN: 007025J074590654101 | | | | | |
| Arrest: 06/30/2007 | | | | | |

**Related Cases**
459-2007-CR-06538   (Cross Reference)

---

### PARTY INFORMATION

| | | Attorneys |
|---|---|---|
| Defendant | Hassell, Matthew | Goodchild, Alan W, ESQ |
| | 3 New Haven Drive | Retained |
| | Nashua, NH 03060 | 603-432-9555(W) |
| | DOB: 12/15/1985  Age: 21 | |
| Officer - Local Police | Hudson Police Department | |
| | 1 Constitution Drive | |
| | Hudson, NH 03051 | |

---

| DATE | EVENTS & ORDERS OF THE COURT | INDEX |
|---|---|---|
| 07/12/2007 | Appearance<br>   *Filed by: ATD* | |
| 07/12/2007 | Waiver of Arraignment<br>   *Filed by: ATD* | |
| 07/16/2007 | Granted<br>   *: Judge: jhl* | |
| 07/12/2007 | Memo from Case Screen<br>   *07-CR-06541: No Memo on Case Screen in Sustain; Case Filing Type: Original Filing; Orig. Case Type: 124; Arresting PD: Hudson* | |
| 09/07/2007 | **Arraignment and Trial** (Judicial Officer: Converted, No Judge in Sustain)<br>   *Date Sched: 7/26/2007* | |
| 11/30/2007 | **Trial** (Judicial Officer: Converted, No Judge in Sustain)<br>   *Date Sched: 9/10/2007* | |
| 11/30/2007 | Acknowledgement and Waiver of Rights<br>   *Filed by: DEF* | |
| 11/30/2007 | **Disposition** (Judicial Officer: Leary, James H)<br>   1. Resisting Arrest or Detention<br>      Finding of Guilty | |
| 11/30/2007 | **Sentence** (Judicial Officer: Converted, No Judge in Sustain)<br>   1. Resisting Arrest or Detention<br>      Sentence Converted from Sustain<br>      Condition - Adult: | |

*Printed on 03/20/2023 at 11:03 AM*

9TH CIRCUIT - DISTRICT DIVISION - NASHUA

# CASE SUMMARY
## CASE NO. 459-2007-CR-06541

1. Incarceration - Sentence Suspended, Days: 30 , 11/30/2007, Active 11/30/2007
Condition - Adult:
   1. Good Behavior for One Year, 11/30/2007, Active 11/30/2007

*Printed on 03/20/2023 at 11:03 AM*

9TH CIRCUIT - DISTRICT DIVISION - MILFORD

# CASE SUMMARY
## CASE NO. 458-2007-CR-01657

<table>
<tr><td>State Vs. MATTHEW L. HASSELL</td><td>§<br>§<br>§<br>§<br>§</td><td style="text-align:right">Location:<br>Judicial Officer:<br>Filed on:<br>Appear by:</td><td>**9th Circuit - District Division -<br>Milford**<br>**Crocker, Martha R**<br>**07/02/2007**<br>**08/14/2007**</td></tr>
</table>

---

### CASE INFORMATION

| Offense | Statute | Deg | Date | Case Type: | **DWI 1st Offense** |
|---|---|---|---|---|---|
| Jurisdiction: **Wilton** | | | | | |
| 1. Driving or Operating Under Influence of Drugs/Liquor; Excess Alcohol Concentration<br>ACN: 007025J074580165701<br>Arrest: 06/23/2007 | 265-A:2 | | MISDB 06/23/2007 | Case Status: | **04/15/2020   Destroyed** |

**Related Cases**
458-2007-CR-01658   (Cross Reference)

---

### PARTY INFORMATION

| | | *Attorneys* |
|---|---|---|
| **Defendant** | **HASSELL, MATTHEW L**<br>*26 DAVID DRIVE*<br>*MILFORD, NH 03055*<br>*DOB: 12/15/1985  Age: 21*<br>*DL: NH 12HLM85151* | **Goodchild, Alan W, ESQ**<br>*Retained*<br>603-432-9555(W) |
| **Officer - Local Police** | **Wilton Police Department**<br>*P.O. Box 183*<br>*Wilton, NH 03086* | |

| DATE | EVENTS & ORDERS OF THE COURT | INDEX |
|---|---|---|
| 06/23/2007 | Orders and Conditions of Bail<br>*Filed by: CCS* | |
| 07/02/2007 | Memo from Case Screen<br>*07-CR-01657: DWI; Case Filing Type: Original Filing; Orig. Case Type: 102; Arresting PD: WPD* | |
| 07/17/2007 | Appearance<br>*Filed by: ATD* | |
| 07/17/2007 | Waiver of Arraignment<br>*Filed by: ATD* | |
| 09/11/2007 | **Trial** (Judicial Officer: Converted, No Judge in Sustain)<br>*Date Sched: 7/24/2007* | |
| 09/11/2007 | Acknowledgement and Waiver of Rights<br>*Filed by: DEF* | |
| 09/11/2007 | Approved/Ordered by Court<br>*No Document Dispo Date in Sustain - date from Doc Date Filed. ; Judge: MRC* | |
| 09/11/2007 | Notice of Revocation<br>*Filed by: CCS* | |
| 09/11/2007 | Acknowledgement and Waiver of Rights<br>*Filed by: DEF* | |

*Printed on 03/21/2023 at 9:16 AM*

9TH CIRCUIT - DISTRICT DIVISION - MILFORD

# CASE SUMMARY
### CASE NO. 458-2007-CR-01657

| | |
|---|---|
| 09/11/2007 | Approved/Ordered by Court<br>*No Document Dispo Date in Sustain - date from Doc Date Filed. ; Judge: MRC* |
| 09/11/2007 | **Disposition** (Judicial Officer: Crocker, Martha R)<br>1. Driving or Operating Under Influence of Drugs/Liquor; Excess Alcohol Concentration<br>    Finding of Guilty |
| 09/11/2007 | **Sentence** (Judicial Officer: Converted, No Judge in Sustain)<br>1. Driving or Operating Under Influence of Drugs/Liquor; Excess Alcohol Concentration<br>    Sentence Converted from Sustain<br>    Condition - Adult:<br>      1. Fine, Sent Amount: 600 , 09/11/2007, Active 09/11/2007<br>    Condition - Adult:<br>      1. IDIP/AAP/CAIP, 09/11/2007, Active 09/11/2007<br>    Condition - Adult:<br>      1. License Revocation, Months: 9 , 09/11/2007, Active 09/11/2007 |
| 09/11/2007 | **Plea** (Judicial Officer: Crocker, Martha R)<br>1. Driving or Operating Under Influence of Drugs/Liquor; Excess Alcohol Concentration<br>    Guilty |

| DATE | FINANCIAL INFORMATION |
|---|---|

**Defendant** HASSELL, MATTHEW L

| | |
|---|---|
| Total Charges | 600.00 |
| Total Payments and Credits | 600.00 |
| **Balance Due as of  03/21/2023** | **0.00** |

*Printed on 03/21/2023 at 9:16 AM*

9TH CIRCUIT - DISTRICT DIVISION - MILFORD

# CASE SUMMARY

## CASE NO. 458-2007-CR-01658

| State Vs. MATTHEW L. HASSELL | §<br>§<br>§<br>§<br>§ | Location: | **9th Circuit - District Division - Milford** |
|---|---|---|---|
| | | Filed on: | **07/02/2007** |
| | | Appear by: | **08/14/2007** |

---

### CASE INFORMATION

| Offense<br>Jurisdiction: **Wilton** | Statute | Deg | Date | Case Type: | **Class B Misdemeanor** |
|---|---|---|---|---|---|
| 1. Acts Prohibited; Controlled Drug Act<br>ACN: 007025J074580165801<br>Arrest:  06/23/2007 | 318-B:2 | MISDB | 06/23/2007 | Case Status: | **04/15/2020   Destroyed** |

**Related Cases**
458-2007-CR-01657   (Cross Reference)

---

### PARTY INFORMATION

| | | *Attorneys* |
|---|---|---|
| **Defendant** | **HASSELL, MATTHEW L**<br>*26 DAVID DRIVE*<br>*MILFORD, NH 03055*<br>*DOB: 12/15/1985  Age: 21*<br>*DL: NH  12HLM85151* | **Goodchild, Alan W, ESQ**<br>*Retained*<br>603-432-9555(W) |
| **Officer - Local Police** | **Wilton Police Department**<br>*P.O. Box 183*<br>*Wilton, NH 03086* | |

| DATE | EVENTS & ORDERS OF THE COURT | INDEX |
|---|---|---|
| 07/02/2007 | Memo from Case Screen<br>*07-CR-01658: POSS C/D; Case Filing Type: Original Filing; Orig. Case Type: 123; Arresting PD: WPD* | |
| 07/17/2007 | Appearance<br>*Filed by: ATD* | |
| 07/17/2007 | Waiver of Arraignment<br>*Filed by: ATD* | |
| 09/11/2007 | **Trial** (Judicial Officer: Converted, No Judge in Sustain)<br>*Date Sched: 7/24/2007* | |
| 09/11/2007 | **Disposition** (Judicial Officer: Converted, No Judge in Sustain)<br>1. Acts Prohibited; Controlled Drug Act<br>Nolle Prossed | |

*Printed on 03/21/2023 at 9:17 AM*

9TH CIRCUIT - DISTRICT DIVISION - MILFORD

# CASE SUMMARY
## CASE NO. 458-2007-CR-01145

State Vs. MATTHEW L. HASSELL

§
§
§
§
§

| | |
|---|---|
| Location: | 9th Circuit - District Division - Milford |
| Judicial Officer: | Crocker, Martha R |
| Filed on: | 05/03/2007 |
| Appear by: | 05/23/2007 |

---

### CASE INFORMATION

| Offense | Statute | Deg | Date | Case Type: | Class A Misdemeanor |
|---|---|---|---|---|---|
| Jurisdiction: Milford | | | | | |
| 1. Simple Assault | 631:2-A | MISDA | 04/27/2007 | Case Status: | 03/12/2015  Destroyed |
| ACN: 007025J074580114501 | | | | | |
| Arrest:  04/27/2007 | | | | | |

Related Cases
458-2007-CR-01143   (Cross Reference)

---

### PARTY INFORMATION

| Defendant | HASSELL, MATTHEW L | *Attorneys*<br>*Goodchild, Alan W, ESQ* |
|---|---|---|
| | *482 LAKE AVENUE #2* | *Retained* |
| | *MANCHESTER, NH 03101* | *603-432-9555(W)* |
| | *DOB: 12/15/1985  Age: 21* | |
| | *DL: NH  12HLM85151* | |
| Officer - Local Police | Milford Police Dept. | |
| | *Michael F. McCall, Esquire* | |
| | *19 Garden Street* | |
| | *Milford, NH 03055* | |

---

| DATE | EVENTS & ORDERS OF THE COURT | INDEX |
|---|---|---|
| 04/30/2007 | Motion to Amend<br>*Filed by: DEF; Memo: AMEND BAIL CONDITIONS* | |
| 05/01/2007 | Denied<br>*; Judge: CROCKER* | |
| 05/03/2007 | Domestic Violence Related | |
| 05/03/2007 | Memo from Case Screen<br>*07-CR-01145: SIMPLE ASSAULT; Case Filing Type: Original Filing; Orig. Case Type: 124; Arresting PD: MPD* | |
| 07/18/2007 | **Arraignment on Complaint** (Judicial Officer: Converted, No Judge in Sustain)<br>*Date Sched: 6/27/2007* | |
| 08/01/2007 | Motion to Continue<br>*Filed by: ATD* | |
| 08/06/2007 | Approved/Ordered by Court<br>*; Judge: MOORE* | |
| 08/01/2007 | Appearance<br>*Filed by: ATD* | |
| 09/11/2007 | Acknowledgement and Waiver of Rights<br>*Filed by: DEF* | |
| 09/11/2007 | Approved/Ordered by Court<br>*No Document Dispo Date in Sustain - date from Doc Date Filed. ; Judge: MRC* | |

*Printed on 03/20/2023 at 10:13 AM*

9TH CIRCUIT - DISTRICT DIVISION - MILFORD

# CASE SUMMARY
### CASE NO. 458-2007-CR-01145

| | |
|---|---|
| 09/11/2007 | **Disposition** (Judicial Officer: Crocker, Martha R) |
| |     1. Simple Assault |
| |        Finding of Guilty |
| | |
| 09/11/2007 | **Sentence** (Judicial Officer: Converted, No Judge in Sustain) |
| |     1. Simple Assault |
| |       Sentence Converted from Sustain |
| |       Condition - Adult: |
| |         1. Incarceration, Days: 30 , 09/11/2007, Active 09/11/2007 |
| |       Condition - Adult: |
| |         1. Good Behavior for One Year, Years: 1 , 09/11/2007, Active 09/11/2007 |
| |       Condition - Adult: |
| |         1. No Contact with Victim, Memo: LIZETT ALLEN , 09/11/2007, Active 09/11/2007 |
| |       Condition - Adult: |
| |         1. Restitution, Memo: TO BE DETERMINED RESTITUTION TO BE PAID THRU |
| |           ATTY GOODCHILD'S OFFICE W/IN 30 DAYS OF NOTIFICATION OF AMT DUE , |
| |           09/11/2007, Active 09/11/2007 |
| |       Condition - Adult: |
| |         1. Incarceration - Sentence Suspended, Hours: 30 , 09/11/2007, Active 09/11/2007 |
| | |
| 09/11/2007 | **Plea** (Judicial Officer: Crocker, Martha R) |
| |     1. Simple Assault |
| |       Nolo Contendere |
| | |
| 09/12/2007 | **Trial** (Judicial Officer: Converted, No Judge in Sustain) |
| |     *Date Sched: 8/7/2007* |

*Printed on 03/20/2023 at 10:13 AM*

9TH CIRCUIT - DISTRICT DIVISION - MILFORD

# CASE SUMMARY
## CASE NO. 458-2007-CR-01144

| State Vs. MATTHEW L. HASSELL | § § § § § | Location: | 9th Circuit - District Division - Milford |
|---|---|---|---|
| | | Filed on: | 05/03/2007 |
| | | Appear by: | 05/23/2007 |

---

### CASE INFORMATION

| Offense | Statute | Deg | Date | Case Type: | Class A Misdemeanor |
|---|---|---|---|---|---|
| Jurisdiction: Milford | | | | | |
| 1. Criminal Mischief | 634:2 | MISDA | 04/27/2007 | Case Status: | 03/12/2015   Destroyed |
| ACN: 007025J074580114401 | | | | | |
| Arrest:   04/27/2007 | | | | | |

**Related Cases**
458-2007-CR-01143   (Cross Reference)

---

### PARTY INFORMATION

| | | *Attorneys* |
|---|---|---|
| **Defendant** | **HASSELL, MATTHEW L** | **Goodchild, Alan W, ESQ** |
| | *482 LAKE AVENUE #2* | *Retained* |
| | *MANCHESTER, NH 03101* | 603-432-9555(W) |
| | *DOB: 12/15/1985  Age: 21* | |
| | *DL: NH 12HLM85151* | |
| **Officer – Local Police** | **Milford Police Dept.** | |
| | *Michael F. McCall, Esquire* | |
| | *19 Garden Street* | |
| | *Milford, NH 03055* | |

---

| DATE | EVENTS & ORDERS OF THE COURT | INDEX |
|---|---|---|
| 04/30/2007 | Motion to Amend<br>*Filed by: DEF; Memo: AMEND BAIL CONDITIONS* | |
| 05/01/2007 | Denied<br>*; Judge: CROCKER* | |
| 05/03/2007 | Domestic Violence Related | |
| 05/03/2007 | Memo from Case Screen<br>*07-CR-01144: CRIMINAL MISCHIEF; Case Filing Type: Original Filing; Orig. Case Type: 124; Arresting PD: MPD* | |
| 07/18/2007 | **Arraignment on Complaint** (Judicial Officer: Converted, No Judge in Sustain)<br>*Date Sched: 6/27/2007* | |
| 08/01/2007 | Other<br>*Continuance Request from Sustain; Dec. Date: 8/1/2007; Decision: CBC; Requested by: ATD; New Date: 9/12/2007* | |
| 08/01/2007 | Motion to Continue<br>*Filed by: ATD* | |
| 08/06/2007 | Approved/Ordered by Court<br>*; Judge: MOORE* | |
| 08/01/2007 | Appearance<br>*Filed by: ATD* | |
| 08/15/2007 | **Trial** (Judicial Officer: Converted, No Judge in Sustain) | |

*Printed on 03/20/2023 at 10:13 AM*

9TH CIRCUIT - DISTRICT DIVISION - MILFORD

# CASE SUMMARY
## CASE NO. 458-2007-CR-01144

*Date Sched: 7/30/2007*

| | |
|---|---|
| 09/11/2007 | **Disposition** (Judicial Officer: Converted, No Judge in Sustain) |
| |     1.  Criminal Mischief |
| |         Nolle Prossed |
| | |
| 09/12/2007 | **Trial** (Judicial Officer: Converted, No Judge in Sustain) |
| |     *Date Sched: 8/7/2007* |

*Printed on 03/20/2023 at 10:13 AM*

8TH CIRCUIT - DISTRICT DIVISION - JAFFREY

# CASE SUMMARY
## CASE NO. 448-2005-CR-02350

| State Vs. Matthew Lane Hassell | § | | |
|---|---|---|---|
| | § | Location: | **8th Circuit - District Division - Jaffrey** |
| | § | Judicial Officer: | **Runyon, L. Phillips, III** |
| | § | Filed on: | **10/24/2005** |
| | § | Appear by: | **11/02/2005** |

---

### CASE INFORMATION

| Offense | Statute | Deg | Date | Case Type: | **Class B Misdemeanor** |
|---|---|---|---|---|---|
| Jurisdiction: **Greenfield** | | | | | |
| 1. Acts Prohibited; Controlled Drug Act ACN: 007025J054480235001 | 318-B:2 | MISDB | 10/18/2005 | Case Status: | **11/02/2005   Closed** |
| *Filed As:* Acts Prohibited; Controlled Drug Act | 318-B:2 | MISDA | 10/24/2005 | | |
| Arrest: 10/18/2005 | | | | | |

---

### PARTY INFORMATION

| | |
|---|---|
| **Defendant** | **Hassell, Matthew Lane** |
| | *242 Maplewood Road* |
| | *Weare, NH 03281* |
| | *DOB: 12/15/1985  Age: 19* |
| | *DL: NH 12HLM85151* |
| **Officer - Local Police** | **Greenfield PD/M. S. Foster** |
| | *Greenfield Police Dept.* |
| | *P.O. Box 165* |
| | *Greenfield, NH 03047* |

---

| DATE | EVENTS & ORDERS OF THE COURT | INDEX |
|---|---|---|
| 10/24/2005 | Memo from Case Screen<br>*05-CR-02350: $350 /drugs reduced to Class B Misd; Case Filing Type: Original Filing; Orig. Case Type: 123; Arresting PD: Greenfield* | |
| 11/02/2005 | **Arraignment on Complaint** (Judicial Officer: Runyon, L. Phillips, III)<br>*Date Sched: 10/24/2005* | |
| 11/02/2005 | Acknowledgement and Waiver of Rights<br>*Filed by: DEF* | |
| 11/02/2005 | Granted<br>*; Judge: LPR* | |
| 11/02/2005 | **Disposition** (Judicial Officer: Runyon, L. Phillips, III)<br>1. Acts Prohibited; Controlled Drug Act<br>Finding of Guilty | |
| 11/02/2005 | **Sentence** (Judicial Officer: Converted, No Judge in Sustain)<br>1. Acts Prohibited; Controlled Drug Act<br>Sentence Converted from Sustain<br>Condition - Adult:<br>1. Fine Suspended in Part, Sent Amount: 360 Susp. Amt.: 150.00/PA Memo: balance 180.00 owed , 11/02/2005, Active 11/02/2005<br>Condition - Adult:<br>1. Good Behavior for One Year, 11/02/2005, Active 11/02/2005 | |

---

| DATE | FINANCIAL INFORMATION |
|---|---|
| 1 | |

*Printed on 03/20/2023 at 11:01 AM*

8TH CIRCUIT - DISTRICT DIVISION - JAFFREY

# CASE SUMMARY
## CASE NO. 448-2005-CR-02350

**Defendant** Hassell, Matthew Lane
Total Charges                                    180.00
Total Payments and Credits                       180.00
**Balance Due as of  03/20/2023**                  0.00

*Printed on 03/20/2023 at 11:01 AM*

9TH CIRCUIT - DISTRICT DIVISION - MILFORD

# CASE SUMMARY
## CASE NO. 458-2004-CR-00249

State Vs. **MATTHEW L. HASSELL**

§
§
§
§
§

Location: **9th Circuit - District Division - Milford**
Judicial Officer: **Crocker, Martha R**
Filed on: **02/03/2004**
Appear by: **02/09/2004**

---

### CASE INFORMATION

**Offense**

| | Statute | Deg | Date | | Case Type: | Class A Misdemeanor |
|---|---|---|---|---|---|---|

Jurisdiction: **Milford**
1. Willful Concealment/Shoplifting     644:17     MISDA01/16/2004    Case Status: **03/07/2005 Closed**
    ACN: 007025J044580024901
    Arrest: 01/16/2004

---

### PARTY INFORMATION

**Defendant**     **HASSELL, MATTHEW L**
         *RICHARDSON ROAD*
         *LYNDEBOROUGH, NH 03086*
         *DOB: 12/15/1985  Age: 18*

**Officer - Local Police**     **MAXWELL, OFFICER KEVIN**
         *MICHAEL MCCALL, EPARTMENT*
         *19 GARDEN STREET*
         *MILFORD, NH 03055*

| DATE | EVENTS & ORDERS OF THE COURT | INDEX |
|---|---|---|
| 02/03/2004 | Memo from Case Screen<br>*04-CR-00249: SHOPLIFTING; Case Filing Type: Original Filing; Orig. Case Type: 124; Arresting PD: MPD* | |
| 02/07/2005 | **Review Hearing** (Judicial Officer: Converted, No Judge in Sustain)<br>*Date Sched: 2/10/2004* | |
| 03/07/2005 | **Review Hearing** (Judicial Officer: Converted, No Judge in Sustain)<br>*Date Sched: 2/7/2005* | |
| 03/07/2005 | **Disposition** (Judicial Officer: Crocker, Martha R)<br>1. Willful Concealment/Shoplifting<br>    No Disposition Type in Sustain | |
| 03/07/2005 | **Sentence** (Judicial Officer: Converted, No Judge in Sustain)<br>1. Willful Concealment/Shoplifting<br>    Sentence Converted from Sustain<br>    Condition - Adult:<br>      1. Incarceration, Days: 90 , 03/07/2005, Active 03/07/2005<br>    Condition - Adult:<br>      1. Incarceration - Sentence Suspended, 03/07/2005, Active 03/07/2005 | |

| DATE | FINANCIAL INFORMATION | |
|---|---|---|

| | |
|---|---|
| **Defendant** HASSELL, MATTHEW L | |
| Total Charges | 5.00 |
| Total Payments and Credits | 5.00 |
| **Balance Due as of 03/10/2023** | **0.00** |

*Printed on 03/10/2023 at 11:43 AM*

9TH CIRCUIT - DISTRICT DIVISION - MILFORD
# CASE SUMMARY
### CASE NO. 458-2004-CR-00249