Matthew-Lane: Hassell
20 Arlington St. Unit D
Nashua, New Hampshire [03060]
(603) 231-0844 (DO NOT CALL)
mhas191@yahoo.com

*HARASSING MAIL* [handwritten annotation]

Dear Mr. MARK E. KIMBARK,

I am in receipt of your voicemail from 11pm. on the 12th of November, 2023. It is assumed by your voicemail, that you are attempting an agreement to remedy the lawsuit filed against you and you would like to privately settle this matter before court. I am open and receptive to such remedy. As your voicemail did not list any remedies that you are proposing but did state that you are trying to do so in a good faith manner, I am curious as to your offer.

Calling at 11 pm. on a night that I have to work the next day does not seem like a good faith attempt to me. I would love to reach an amicable solution with your daughter Devin, in regards to her and my child. I have been unsuccessful in doing so for a year now. Otherwise I would not have chosen to litigate. I have come with clean hands and good faith and full disclosure, in an attempt to get fair and equal access from Devin to our child.

You and your wife have filed a false police report against me. You and your wife have supported your daughter Devin Kimbark financially and emotionally, while she has libeled and slandered me in writing and in court. You have supported Devin and conspired to deprive me of my child and that does not show me you have acted in good faith in the past year. So, I simply must ask, what has changed?

The seriousness of your conduct and behavior in this matter, is what led me to litigate against you and your family. I do not see your actions for the past year as a good faith. I see it as hostile and aggressive without substantiation. I have never done anything malicious to you or your family and the opposite cannot be said. You and your family have done everything in your power to deprive me of natural rights to Phoenix.

So, exactly how are you acting in good faith? The reality is, if you and Devin's mother did not financially support Devin, she would be in a completely different situation. She is an adult, which does not show signs of being able to support herself, let alone our (Devin and my) child. What does she need my $1,000.00 a month for? Diapers? Formula?

Kindly send your proposal in writing, not in a totally disrespectful phone call at 11:00 PM. I will gladly respond to all serious offers timely. Will you stop insulting me when I am visiting my daughter? Here is your greatest problem, which makes you look less than sincere; you would do a lot for a step-daughter, (Devin) is not even your daughter. **Imagine how much more I am willing to do for a daughter, which is mine? (emphasis added).** A seemingly drunken *VILE THREAT* [handwritten annotation] phone call, late in the night is not good faith when held to that standard, is it?

As cited by an article in the Derry, N.H. newspaper just this past weekend, the New Hampshire Supreme Court has recognized; "As to the private interest of the parents, we have

consistently recognized that the right to raise and care for one's children is a fundamental liberty interest protected by the state Constitution." It went on to say; "Parental rights are natural, essential, and inherent rights within the meaning of the state Constitution," and "the loss of one's children can be viewed as a sanction more severe than imprisonment." To add to this the U.S. Constitution holds such rights as the state Constitution does and the U.S. Supreme Court has recognized and decided in multiple cases, similar decisions. I have brought such to the attention of the court and the Officer of the Court that represents your daughter (Devin Kimbark) Attorney Jennifer L. DiTrapano. None of you have made any attempt in good faith to respond to by any medium reasonable under the circumstances. None of you have even allowed more time with Phoenix. You and each of you have done the exact opposite and repeatedly done everything in your power to deprive me of rights to Phoenix. Your actions speak loudly.

You, Mr. Kimbark, have insulted me and interfered numerous times with my supervised custodial visitations while at your residency. You have consistently mocked me and made light of me and insulted me. When I recorded visits, you and each of you complain that I am somehow harassing you by recording, when that is the only thing which stopped the 'hazing.' Why don't you explain to Devin that in the end I will win and all she is doing is wasting money and time. I will get 50/50 custody.

Did you read and verify my statistics, which I presented to the court? Data gathered for over 40 years, which I presented to Devin and the court proves not having a father in the child's life puts that child at every statistical disadvantage. So put your ego aside and begin to do the right thing and show me some glimmer that you are not acting in bad faith, for that is all I see and I can properly demonstrate that to the court through your actions.

> Kindly send all correspondence through the preferred method of communication to email address mhas191@yahoo.com and/or domicile located at 20 Arlington St. Unit D Nashua, New Hampshire [03060].

> I look forward to hearing from you.

ALL RIGHTS RESERVED WITHOUT PREJUDICE U.C.C. 1-308

VOID WHERE PROHIBITED BY LAW

Date: 4th of November, 2023

Matthew-Lane: Hassell authorized agent of
MATTHEW LANE HASSELL
20 Arlington St. Unit D
Nashua, New Hampshire [03060]
(603) 231-0844 (DO NOT CALL)
mhas191@yahoo.com