# Rockingham County Sheriff's Office
## CERTIFICATE OF SERVICE

US FEDERAL DISTRICT
County of Rockingham, New Hampshire

HASSELL, MATTHEW-LANE

vs.

KIMBARK, D

Docket Number: 23-CV-472-JL-AJ

Sheriff File Number: 23-6469-CP

RECEIVED - USDC -NH
2023 DEC 8 AM 10:08

I, DEPUTY SHERIFF MICHAEL 015-BEVERE, of the Rockingham County Sheriff's Office, Rockingham County, New Hampshire, certify and affirm that on 11/20/2023 at approximately 08:06am at 3 STONELEIGH DR, DERRY, NH served the within SUMMONS & COMPLAINT upon DEVIN AILEEN KIMBARK, the defendant named herein, in the following manner.

ABODE SERVICE

By leaving at the address provided for service upon the defendant.

Dated: 11/20/2023                           DEPUTY SHERIFF MICHAEL 015-BEVERE

# Rockingham County Sheriff's Office
## CERTIFICATE OF SERVICE

US FEDERAL DISTRICT
County of Rockingham, New Hampshire

HASSELL, MATTHEW-LANE

vs.

KIMBARK, D

Docket Number: 23-CV-472-JL-AJ

Sheriff File Number: 23-6469-CP

RECEIVED - USDC -NH
2023 DEC 8 AM 10:08

I, DEPUTY SHERIFF MICHAEL 015-BEVERE, of the Rockingham County Sheriff's Office, Rockingham County, New Hampshire, certify and affirm that on 11/20/2023 at approximately 08:06am at 3 STONELEIGH DR, DERRY, NH served the within SUMMONS & COMPLAINT upon DEVIN AILEEN KIMBARK, the defendant named herein, in the following manner.

ABODE SERVICE

By leaving at the address provided for service upon the defendant.

NOTE: MARK KIMBARK LEFT A VOICEMAIL FOR DEPUTY BEVERE. DEPUTY BEVERE RETURNED THE CALL AND MARK COMPLAINED THAT THE PAPER WAS SERVED TO A 16 YEAR OLD. IT WAS AN ABODE SERVICE THAT COULD HAVE BEEN LEFT AT THE DOOR, BUT WAS LEFT WITH SOME WHO WAS ALLEGEDLY 16 YEARS OLD THAT WAS A RESIDENT OF THE HOUSEHOLD.

Dated: 11/20/2023

DEPUTY SHERIFF MICHAEL 015-BEVERE