## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| Matthew-Lane: Hassell, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. 1:23-cv-00472-JL-AJ |
| ) | |
| Devin Aileen Kimbark, et al. ) | |
| ) | |
| Defendants ) | |

## THE JUDICIAL DEFENDANTS' MOTION TO DISMISS

Pursuant to Federal Rule of Civil Procedure 12(b)(1), the Honorable Michael L. Alfano, the Honorable Todd H. Prevett, and the Honorable Kerry P. Steckowych (the "Judicial Defendants"), by and through the Office of the New Hampshire Attorney General as counsel, hereby move to dismiss the claims for damages and injunctive relief that Plaintiff Matthew-Lane: Hassell, pro se, asserts against them in this action.  As fully explained in the Judicial Defendants' accompanying memorandum of law, see L.R. 7.1(a)(2), all of Plaintiff's federal claims are jurisdictionally barred by the Rooker-Feldman doctrine, judicial immunity, and Eleventh Amendment sovereign immunity (and the Younger doctrine would counsel abstention even if his claims were not absolutely barred).  Because Plaintiff's federal claims are barred, the Court should decline to exercise supplemental jurisdiction over his state claims.

WHEREFORE, the Judicial Defendants respectfully request that the Court:

A. Dismiss Plaintiff's claims against them in their entirety; and

B. Grant such other and further relief as is just and equitable.

Respectfully submitted,

THE HONORABLE MICHAEL L. ALFANO,
THE HONORABLE TODD H. PREVETT, and
THE HONORABLE KERRY P. STECKOWYCH

By their attorney,

JOHN M. FORMELLA
ATTORNEY GENERAL

Dated:  December 8, 2023           By: /s/ Nathan W. Kenison-Marvin
                                   Nathan W. Kenison-Marvin, Bar No. 270162
                                   Assistant Attorney General
                                   New Hampshire Department of Justice
                                   1 Granite Place South
                                   Concord, NH 03301
                                   (603) 271-3650
                                   nathan.w.kenison-marvin@doj.nh.gov

## CERTIFICATE OF SERVICE

I hereby certify that on December 8, 2023, copies of the foregoing were electronically served upon Plaintiff and other parties of record via the Court's electronic filing system.

/s/ Nathan W. Kenison-Marvin
Nathan W. Kenison-Marvin