

# Manchester NH Police Department
405 Valley St, Manchester, NH 03103
603-668-8711



Case Number: 22-018285

## Officer(s)

| Officer: | Involvement Date: | Involvement Type: |
|---|---|---|
| Daigneault, Jordan 100551 | 11/12/2022 14:45 | Reporting |
| Fleming, Brian 100462 | 11/14/2022 09:27 | Reporting |

## Event Details

| Date / Time Reported: | Start Date / Time: | End Date / Time: |
|---|---|---|
| 11/12/2022 14:31 | 11/12/2022 14:31 | 11/12/2022 16:43 |

Location of Incident:

45 Falcon Crest Way, Manchester, NH

## Offense(s)

7503 DCYF Referral, Counts: 1

| Att./Comp.: | Offense Level: | Weapon: |
|---|---|---|
| Completed | | |

4029 Non Crim Com Domestic Dis, Counts: 1

| Att./Comp.: | Offense Level: | Weapon: |
|---|---|---|
| Completed | | |

## Involved Persons

**1: HASSELL, MATTHEW LANE**

| DOB: | Age: | Race: | Sex: | Hair: | Eye: | Height: | Weight: |
|---|---|---|---|---|---|---|---|
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |

| Address: | Phone 1: | Phone 2: | Email: |
|---|---|---|---|
| [redacted] | | | |

| Employer: | Occupation Type: | Work Phone: |
|---|---|---|

**2: Other: KIMBARK, DEVIN A**

| DOB: | Age: | Race: | Sex: | Hair: | Eye: | Height: | Weight: |
|---|---|---|---|---|---|---|---|
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |

| Address: | Phone 1: | Phone 2: | Email: |
|---|---|---|---|
| [redacted] | | [redacted] | |

| Employer: | Occupation Type: | Work Phone: |
|---|---|---|

**Other: H[redacted] P[redacted]**

| DOB: | Age: | Race: | Sex: | Hair: | Eye: | Height: | Weight: |
|---|---|---|---|---|---|---|---|
| [redacted] | [redacted] | [redacted] | [redacted] | | | | |

| Address: | Phone 1: | Phone 2: | Email: |
|---|---|---|---|
| | | | |

 

# Manchester NH Police Department
405 Valley St, Manchester, NH 03103
603-668-8711

Case Number: 22-018285

| Employer: | Occupation Type: | Work Phone: |
|---|---|---|

**MO:**

Verbal domestic between boyfriend and girlfriend who have been on and off for three years

**Narrative**

PEREIRA-Matthew Interview-11/12/2022
11/12/2022 16:42:43

Narrative:

The following report is a synopsis of this incident as it was presented to me by the involved parties and is intended to summarize the content of what was discussed. The sequence of the information is not necessarily in the order in which it took place nor is it the exact wording that was used during the interview. For an exact account please reference the associated video for this case.

On Saturday, November 12, 2022, at approximately 1430hrs, I, Ofc. Pereira was dispatched to 45 Falcon Crest Way in reference to a report of a domestic in progress, involving an adult male and female. At the above date and time, I was assigned to the day shift as patrol unit 2-1, while dressed in the uniform of the day and operating a fully marked cruiser.

Upon arrival, I was met by the male involved subject who declined to identify himself and was later identified via an RMS database search to be:

Matthew Lane Hassell

[redacted]
[redacted]
[redacted]
[redacted]

11/16/2022 3:39:35 PM        Page 2 of 5        Ewing, Jacqueline




# Manchester NH Police Department
405 Valley St, Manchester, NH 03103
603-668-8711

Case Number: 22-018285

An interview of Matthew was conducted, which was when he reported that on today's date (November 12, 2022) approximately an hour prior to officer's arrival, he and his now ex girlfriend had an argument in reference to finances and that there was no physical contact between them, as the incident was only verbal. The ex girlfriend was later identified as follows:

Devin A Kimbark



It was further reported that Devin was attempting to take their child from the residence, with her to the grandparents home in Derry where she has residency, to which Matthew reported he did not want his daughter to go due to a previous issue involving Devin's father, which caused concern for the child's safety. The incident referenced by Matthew had not been reported and there was no court issued custody paperwork, as well as no other factors which caused for concern for the child to depart the scene with Devin.

Matthew subsequently assisted with Devin's departure from the scene, and was advised of the process of acquiring a court issued custody agreement at 35 Amherst St District Court, to which he reported he would respond to at a later date.

NFI/RP #229

## INITIAL NARRATIVE
11/12/2022 16:42:04

Narrative:

***Juvenile Information Listed in Report***
***Non Criminal Domestic Disturbance***
***DCYF Referral***

On Saturday November 12th, 2022 I (Officer Daigneault) along with my partner K-9 Oakley were assigned to unit 3-2



## Manchester NH Police Department
405 Valley St, Manchester, NH 03103
603-668-8711



Case Number: 22-018285

while working dayshift patrol. During my shift I was attired in the patrol K9 uniform of the day while operating in a fully marked Manchester Police K9 cruiser. In addition to this I was properly equipped with my department issued Body Worn Camera. At approximately 1445 I responded to 45 Falcon Crest Way for a report of a domestic disturbance. Upon arrival I made contact with a female party who was with her infant child. In addition to this there was a male subject standing outside next to the female as well. Officer Pereira spoke with the male party while I spoke with the female party identified as

(Involved Other)
Devin Kimbark



I asked who the other involved party was and who they were to her. Devin stated the other party is her boyfriend on and off for the last three years who she identified as

(Involved Other)
Matthew Hassell



I then asked Devin about the baby and if Matthew is the biological father. Devin identified the baby as

(Child)
P▮▮▮▮ H▮▮▮



Devin explained that she is not sure if Matthew is the biological father and stated that he claims to have signed a legal document saying he is the guardian of P.H. but it has not been proven at this time. I then inquired about what transpired prior to our arrival. Devin stated that she has not been getting along with Matthew every since P.H. was born. Once P.H. was born they tried to reconcile their relationship but it is not working. She stated that they have been arguing over money issues and over the fact that Matthew does not like her parents and that she feels he is very controlling. Devin stated that this same argument has been going on for the last seven months. While speaking with Devin she advised that her Jeep which was parked in the garage of 45 Falcon Crest Way suddenly wouldn't start and the last time she drove it was this past Tuesday and it hasn't been used since. She believed that Devin had disconnected the battery. After checking the battery everything appeared to be in place and I attempted to start the vehicle but it would not turn over and the battery was completely drained. Ultimately we were able to jump start the vehicle and get it running. After looking at her vehicle there was no signs or indicators that would support Devin's belief that Matthew had altered her vehicle. While speaking with Devin it was advised that nothing physical took place, no threats were made and no property was damaged.

I had spoke to Officer Pereira about his conversation with Matthew. Officer Pereira advised after speaking with Matthew, it was determined nothing physical took place, no threats were made and no property was damaged. (Please reference Officer Pereira's Supplemental report for further information regarding his contact with Matthew).

Devin ultimately left the area to go back to Derry with D.H.

 

# Manchester NH Police Department
405 Valley St, Manchester, NH 03103
603-668-8711

Case Number: 22-018285

At this point it was determined no crimes were committed and this incident was a verbal domestic.

The footage from my department issued Body Worn Camera was properly labeled and uploaded per department SOP.

NFI/JTD

her on and off boyfriend for the past three years

### B. Fleming - Report Sent to DCYF for Review - 11/14/2022
11/14/2022 09:27:02

Narrative:

On November 14, 2022 at approximately 0925 I (Sergeant Brian Fleming) sent a copy of this report to DCYF Central Intake for their review.

NFI/BJF