UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Matthew-Lane Hassell

    v.                                    Case No.  23-cv-472-JL

Devin Aileen Kimbark, et al.

ORDER

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated February 14, 2024.

_____
Joseph N. Laplante
United States District Judge

Date: April 1, 2024

cc:   Matthew-Lane Hassell, pro se
      Devin Aileen Kimbark, pro se
      Cheryl L. Kimbark, pro se
      Mark Kimbark, pro se
      Nathan W. Kenison-Marvin, Esq.