```
                     UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW HAMPSHIRE
```

<u>Matthew-Lane Hassell</u>

     v.

                                        Case No.   23-cv-472-JL-AJ

<u>Devin Aileen Kimbark, et al.</u>

<u>JUDGMENT</u>

In accordance with the Order by District Judge Joseph N. Laplante dated April 1, 2024, approving the Report and Recommendation by Magistrate Judge Andrea K. Johnstone dated February 14, 2024, judgment is hereby entered.

The prevailing party may recover costs consistent with Fed. R. Civ. P. 54(d) and 28 U.S.C. § 1920.

                                                        By the Court:

                                                        <u>/s/ Daniel J. Lynch</u>
                                                        Daniel J. Lynch
                                                        Clerk of Court

Date: April 2, 2024

cc:   Matthew-Lane Hassell, pro se
      Devin Aileen Kimbark, pro se
      Cheryl L. Kimbark, pro se
      Mark Kimbark, pro se
      Nathan W. Kinison-Marvin, Esq.