OF THE CLERK
# UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

MARIA HAMILTON
CLERK

JOHN JOSEPH MOAKLEY
UNITED STATES COURTHOUSE
1 COURTHOUSE WAY, SUITE 2500
BOSTON, MA 02210
(617) 748-9057

April 19, 2024

Daniel J. Lynch, Clerk of Court
U.S. District Court
55 Pleasant St
Concord, NH  03301-3941

    Re:  Hassell v. Kimnbark et al No. 1:23-cv-00472-JL
        **Misdirected Filing**

Dear Clerk Lynch:

    Enclosed, please find Matthew-Lane Hassell's Notice of Appeal filed with this court on April 12, 2024. We are transmitting it to you for filing as of the date it was received in this court pursuant to Fed. R. App. P. 4(d).  Please treat this notice as a duplicate if this pleading has already been filed in your court.

    Sincerely,

    Maria R. Hamilton, Clerk

Encl.