UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

APPEAL COVER SHEET

1. USDC/NH Case No. 23-cv-472-JL-AJ

2. TITLE OF CASE: Hassell v. Kimbark, et al.

3. TYPE OF CASE: Civil

4. NAME OF APPELLANT(S) & COUNSEL FOR APPELLANT(S):
   See certified copy of docket (ECF registered users not provided with a copy of docket)

5. NAME OF APPELLEE(S) & COUNSEL FOR APPELLEE(S):
   See certified copy of docket (ECF registered users not provided with a copy of docket)

6. NAME OF JUDGE: Judge Laplante

7. DATE OF JUDGMENT OR ORDER ON APPEAL: **April 2, 2024**

8. DATE OF NOTICE OF APPEAL: **April 12, 2024**

9. FEE PAID or IFP :NO

10. COURT APPOINTED COUNSEL: Not Applicable

11. COURT REPORTER(S):   and DATES:        N/A

12. TRANSCRIPTS ORDERED/ON FILE: N/A

13. HEARING/TRIAL EXHIBITS: N/A

14. MOTIONS PENDING: NO

15. GUIDELINES CASE: Not Applicable