

# U.S. District Court

## U.S. District Court -District of New Hampshire - Concord

Receipt Date: May 20, 2024 2:14PM

Matthew L. Hassell

| Rcpt. No: 1445 | Trans. Date: May 20, 2024 2:14PM | | | Cashier ID: #MC |
|---|---|---|---|---|
| **CD** | **Purpose** | **Case/Party/Defendant** | **Qty** | **Price** | **Amt** |
| 203 | Notice of Appeal/Docketing Fee | | 1 | 605.00 | 605.00 |

| CD | Tender | Amt |
|---|---|---|
| CC | Debit/Credit Card | $605.00 |
| | Total Due Prior to Payment: | $605.00 |
| | Total Tendered: | $605.00 |
| | Total Cash Received: | $0.00 |
| | Cash Change Amount: | $0.00 |

Comments: 23-cv-472-JL-AJ