UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


Matthew-Lane Hassell

                v.                                    No. 23-cv-472-JL-AJ

Devin Aileen Kimbark, et al.


                    CLERK'S SUPPLEMENTAL CERTIFICATE TO
                        CIRCUIT COURT OF APPEALS

        I, Kellie Otis, Deputy Clerk of the United States District Court
for the District of New Hampshire, do hereby certify that the
following documents constitute the record on appeal to the First
Circuit Court of Appeals:

        DOCUMENT NUMBERED: 30

        The Clerk's Office hereby certifies the record and docket sheet
available through ECF to be the certified record and the certified
copy of the docket entries.


                                    IN TESTIMONY WHEREOF, I hereunto
                                    set my hand and affix the seal
                                    of said Court, at Concord, in
                                    said District, on this day,
                                    May 20, 2024

                                    F CP KGN'L0N[ P EJ , Clerk

                                    By: /s/ Kellie Otis, Deputy Clerk

                                    May 20, 2024